Lawrence J. Kouns, State Bar No. 095417
Mitchell P. Brook, State Bar No. 172105
Todd R. Kinnear, State Bar No. 208831
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Plaintiff Mara Gerloni

FILED
'07 DEC 18 PM 12:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA GERLONI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Defendants. | Case No. '07 CV 2366 JLS(CAB)<br><br>**COMPLAINT FOR CORRECTION OF PATENT INVENTORSHIP, CONVERSION, UNJUST ENRICHMENT**<br><br>JURY DEMANDED |

For her Complaint against defendants Maurizio Zanetti and Nevagen, LLC, Mara Gerloni alleges, avers, and states:

<u>THE PARTIES</u>

1. Plaintiff Mara Gerloni ("Plaintiff") is an individual who resides in San Diego, California.

2. Defendant Maurizio Zanetti ("Zanetti") is, and at all times referred to in this Complaint was, an individual residing in San Diego, California.

3. On information and belief, Plaintiff alleges defendant Nevagen, LLC ("Nevagen") is a Nevada Limited Liability Company, owned and controlled entirely by Zanetti.

4. At all times relevant to this complaint Zanetti and Nevagen, and each of them, were acting as the agents, servants, employees, and/or representatives of each other, and were

acting within the course and scope of their agency and employment with the full knowledge, consent, permission, authorization and ratification, either express or implied, of each other in performing the acts alleged in this Complaint.

## JURISDICTION AND VENUE

5. This is an action under 35 U.S.C. §§ 116 and 256 for correction of inventorship of a issued patent and two patent applications. This Court has original jurisdiction under 28 U.S.C. § 1338(a) in that Plaintiff seeks relief as to United States Patent No. 7,279,462 (the "462 Patent"), and Patent Applications 11/640,778 and 11/713,477, on information and belief, all assigned to Nevagen, and/or Zanetti.

6. Zanetti lives in San Diego, California. Nevagen's principal place of business is in San Diego. The conduct complained of herein occurred within this judicial district.

7. Venue is proper in this district under 28 U.S.C. § 1391 (b) and (c).

## GENERAL ALLEGATIONS

### I. The Technology and Resulting Patent Applications

8. Plaintiff was part of a small team of scientists and others working at and employed by the University of California, San Diego ("UCSD") Medical School. The team was tasked with exploring and developing new genetically engineered antibodies and immunization technologies for medical use against cancer and hepatitis B. More specifically, the team conducted scientific research in the areas of "Somatic Transgene Immunization" and "Antigenized Antibodies." Plaintiff has a doctorate degree in microbiology and biology from the University of Parma. She was a UCSD employee and team member from 1993 to 2005.

9. Defendant Zanetti was also a team member and employed by UCSD. He was technically in charge of the team's immunology research laboratory at the UCSD Medical School, though his attendance at the laboratory was irregular and sporadic from October 1993 through 1997.

10. On or about April 27, 1998, a "provisional" United States Patent Application was filed in the United States Patent and Trademark Office. This patent application was assigned Serial Number 60/083,154 (the "'154 Application"). An excerpted copy of the

application is attached hereto as Exhibit 1. One year later, on April 27, 1999, the formal patent application corresponding to this provisional application was filed in the United States Patent and Trademark Office. This patent application was assigned Serial Number 09/300,959 (the "'959 Application"). An excerpted copy of this application is attached hereto as Exhibit 2.

11. On or about October 9, 2007, United States Patent Number 7,279,462 (the "'462 Patent") issued. This is the first patent to issue based on the original '154 and '959 Applications. An excerpted copy of the '462 Patent is attached hereto as Exhibit 3.

12. The original provisional patent application, the '154 Application (Exhibit 1) properly disclosed Plaintiff as an inventor. Plaintiff is in fact, at a minimum, a co-inventor of the technology involved, and for all practical purposes, could be considered the sole inventor as it was her ideas, efforts and work that led to its creation. However, Zanetti secretly omitted Plaintiff's name from the '959 Application (Exhibit 2) and therefore from the '462 Patent (Exhibit 3) that ultimately issued from the preceding patent application chain including the '154 and '959 Applications. On its face, the '462 Patent names Nevagen as the assignee of the patent.

13. Upon information and belief, Zanetti also filed two "continuation" patent applications descending from the '154 and '959 applications. The first was United States Patent Application Number 11/640,778 (the '778 Application), an excerpted copy of which is attached hereto as Exhibit 4. This application was filed on or about December 18, 2006. The '778 Application is a continuation of the '959 application and has priority to the '154 Application. Zanetti failed to name Plaintiff as an inventor on the '778 application, even though she was in fact the inventor of the disclosed technology.

14. Upon information and belief, the second continuation patent application is United States Patent Application Number the 11/713,477 (the '477 application), filed on or about March 1, 2007. The text of the '477 Application is not yet publicly available, but on information and belief, it is a continuation of the '959 with priority to the '154 Application and Zanetti also failed to name Plaintiff as an inventor.

15. In effect, Zanetti cheated Plaintiff out of her place in history as the inventor of the technology disclosed in the issued patent and pending patent applications, and the benefits pursuant thereto, apparently in an attempt to keep the accolades and resulting benefits (both monetary and otherwise) resulting from the patents and technology for himself, to the detriment of Plaintiff.

16. The '462 Patent and each of the '154, '959 and '778 Applications and upon information and belief, the '477 Application (collectively "the patent applications") disclose technology involving Somatic Transgene Immunization and Antigenized Antibodies (collectively referred to as the "Technology").

II. The Technology is Released to Zanetti and Others

17. Because Zanetti and Plaintiff were employees of UCSD, and assigned to develop the Technology as part of their employment therewith, UCSD owned the Technology at the time it was created. However, pursuant to UCSD policy, the inventor of any technology created while employed by UCSD, although owned by UCSD, is entitled to 35 per cent of the net recovery UCSD receives from its marketing and use of the technology and resulting patents.

18. Thus, by naming himself as the sole inventor of the Technology on the final applications submitted to the USPTO, Zanetti was attempting to keep the monetary profits and other benefits normally attributed to the inventors for himself, despite the fact that he was, at best, only a co-inventor of the Technology, and Plaintiff was otherwise entitled to all or at least a significant share of those profits.

19. At some time between 1993 and 1997, UCSD decided to investigate Zanetti. Thereafter, Zanetti sought damages from UCSD. The dispute was eventually resolved with a settlement between the parties. Pursuant to that settlement, UCSD released its interest in the patents. The language of the agreement it signed stated in part:

> 3.0 The REGENTS, acting through the University of California Systemwide Office of Technology Transfer (OTT) shall release and return the Regent's Patent Rights to Inventors (which will be Zanetti and/or others according to the

particular patent).

The agreement defined "Inventors" as:

1.1 . . . Zanetti; and the other named inventors on any patent or patent application comprised within "Regents Patent Rights."

Hence, it appears that UCSD was aware that Zanetti was not the sole inventor. But, Zanetti kept this agreement secret from his co-inventor(s) so that none of them would realize that UCSD had released its interest in the patent ownership rights.

20. On or around May 31, 2001, the agreement referenced immediately above was amended through an "Amendment to Release of Patent Rights." Therein, Zanetti and UCSD agreed that UCSD was also releasing to Zanetti "those rights described in U.S. Patent Application No. 09/300/959 …."

21. Thus, despite Plaintiff's substantial involvement in discovering the Technology, and her right to a substantial portion of the proceeds generated from it, Zanetti withheld from her both the fact he had not included her name on the final patent application and the terms of his settlement with UCSD and thereafter held himself out as the sole owner of the Technology.

III. <u>Zanetti's Subsequent Transfers</u>

22. In or around October 1999, Zanetti formed a company named Transgenix Corporation under the laws of Delaware. He owned all of the shares of Transgenix Corporation.

23. Zanetti transferred the Technology and pending patents to an offshore company he completely owned and controlled, namely Progentec, S.A. (a Luxembourg company) without telling the members of his UCSD team and – specifically – Plaintiff.

24. On or about July 1, 2001, Zanetti had Progentec sell its rights to the Technology to Eurogen, S.A., another Luxembourg company which he fully controlled. Thus, as of July 1, 2001, Eurogen S.A. was the sole owner of the Technology and related pending patents, though in reality, Zanetti was still able to control them and profit from his marketing of them.

25. On or about July 4, 2001, Zanetti and Cosmo S.p.A., an Italian company

interested in the exploitation of the Technology and of the patents, entered into an agreement. The terms of the deal were the following:

a) Eurogen, entirely controlled by Zanetti, entered into a License Agreement with Cosmo S.p.A. which made Cosmo S.p.A. the exclusive worldwide licensee of the Technology referred to above. Eurogen, and therefore Zanetti, received for this a first down payment of approximately € 1,183,430 (USD $1,000,000 at the time), plus the conditional rights to further payments and royalty rights;

b) Zanetti personally received a stake in Cosmo S.p.A., without paying for it;

c) Zanetti was appointed Vice-Chairman of Cosmo S.p.A. in charge of the development of the Technology with an annual compensation of € 150,000 (nearly USD $180,000).

Had Plaintiff been named as an inventor, she would have received a significant portion of this deal. Instead it was entirely misappropriated by Zanetti.

26. On information and belief, Plaintiff alleges in or about December 2002, Zanetti had the license agreement between Eurogen S.A. and Cosmo S.p.A. mutually terminated. Zanetti had Eurogen S.A. incorporate a new Dutch company, Eurogen, B.V. Eurogen, S.A. then entered into a license agreement of the same patents with its subsidiary Eurogen, B.V., and Eurogen B.V. entered into a sublicense agreement with Cosmo S.p.A. giving it the same rights and benefits it had before with regard to the Technology. Eurogen B.V., and therefore Zanetti, subsequently received additional downpayments of € 3,000,000. And again, considering Plaintiff's significant if not primary role in discovering the Technology, absent Zanetti's secretive commandeering of the Technology and resulting patent applications, Plaintiff would have received a significant portion of that payment.

27. Plaintiff did not know until 2005, when she accepted a position with a local pharmaceutical company owned at the time by Cosmo Holding S.p.A. that the Technology had been assigned to Zanetti personally. Nor did she know that Zanetti had secretly removed her name from the final application submitted to the USPTO. At no time did Zanetti pay

Plaintiff her share of the proceeds Zanetti received from Cosmo's package deal for the license of the patents Technology to Cosmo S.p.A.

28. On or about October 18, 2005, Zanetti had Eurogen S.A. (the owner of the pending patents and Technology, as Eurogen B.V. was a mere licensee) sell to a new entity, Nevagen LLC, all its patents and rights with regard to the Technology. The sole owner of Nevagen is Zanetti and the company is headquartered at Zanetti's home in San Diego. Based on the '462 Patent itself, Nevagen appears to be the current owner of the '462 Patent, the pending patents, and the Technology.

## FIRST CAUSE OF ACTION

### For Correction of Inventorship - Patent - 35 U.S.C. § 256

29. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 28 above as though set forth in full herein.

30. The '462 Patent describes and claims technology invented or co-invented by Plaintiff.

31. The '462 Patent does not name Plaintiff as an inventor.

32. Pursuant to 35 U.S.C. § 111, Zanetti was obligated to name Plaintiff as an inventor on the applications maturing as the '462 Patent.

33. Plaintiff is entitled to correct inventorship of the '462 Patent pursuant to 35 U.S.C. § 256.

34. Correction of the '462 Patent to include Plaintiff as an inventor is necessary to reflect the true inventorship of the Technology described and claimed in that patent.

## SECOND CAUSE OF ACTION

### For Correction of Inventorship - Applications - 35 U.S.C. § 116

35. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 34 above as though set forth in full herein.

36. Patent applications 11/640,778 and 11/713,477 remain pending. Like the '462 Patent, the '778 Application and on information and belief the '477 Application describe and claim inventions invented or co-invented by Plaintiff.

37. On information and belief as to the 11/713,477 application, neither of these applications names Plaintiff as the inventor or co-inventor of the Technology, despite her significant role in developing and discovering the inventions encompassed therein.

38. Pursuant to 35 U.S.C. § 111, Zanetti was obligated to name Plaintiff as an inventor of the technology encompassed within the 11/640,778 and 11/713,477 applications.

39. Plaintiff is entitled to correct inventorship on the 11/640,778 and 11/713,477 patent applications pursuant to 35 U.S.C. § 116.

40. Correction of the 11/640,778 and 11/713,477 patent applications to include Plaintiff as an inventor is necessary to reflect the true inventorship of the Technology described and claimed in those applications.

<u>THIRD CAUSE OF ACTION</u>

Conversion

41. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 40 above as though set forth in full herein.

42. On information and belief, Zanetti received significant payments of funds resulting from his exploitation of the relevant patents. For example, he received € 4,183,430 as down-payments from Cosmo S.p.A. under the license agreement for the Technology.

43. Zanetti may have received other payments relating to the Patents and Technology of which Plaintiff is not aware.

44. But for Zanetti's improper conduct in failing to include Plaintiff as an inventor of the Technology and the Patents set forth above, Plaintiff would have received all or a share of these payments. As a direct and proximate result of Zanetti's conversion of the patent and proceeds, Plaintiff was deprived of her share of these payments.

45. The exact amount of damages Plaintiff suffered as a result of Zanetti's misappropriation of her property is unknown at this time, and will be established at trial.

46. The Defendant's acts alleged above were willful, wanton, malicious, and oppressive, were undertaken with the intent to defraud, and justify the awarding of exemplary and punitive damages.

FOURTH CAUSE OF ACTION

Unjust Enrichment

47. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 46 above as though set forth in full herein.

48. As a result of Zanetti's conduct set forth above, he has been unjustly enriched at Plaintiff's expense. For example, Zanetti received significant payments of funds resulting from his exploitation of the relevant patents. On information and belief, he received € 4,183,430 as down-payments from Cosmo S.p.A. under the license agreement for the Technology.

49. Zanetti may have received other payments relating to the Patents and Technology of which Plaintiff is not aware.

50. But for Zanetti's improper conduct in failing to include Plaintiff as an inventor of the Technology and the Patents set forth above, Plaintiff would have received all or a share of these payments. As a direct and proximate result of Zanetti's conversion of the patent and proceeds, Plaintiff was deprived of her share of these payments.

51. The exact amount of damages Plaintiff suffered as a result of Zanetti's misappropriation of her property is unknown at this time, and will be established at trial.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks this Court to enter a judgment in its favor:

1. Correcting the inventorship for the '462 Patent;

2. Correcting the inventorship for the 11/640,778 and 11/713,477 patent applications;

3. Awarding her compensatory damages in an amount according to proof;

4. For punitive damages in an amount to be determined at time of trial;

5. Adjudging that this case is exceptional pursuant to 35 U.S.C. § 285 and awarding Plaintiff her attorneys' fees.

///

///

6. Granting an award to Plaintiff for her costs of suit;

7. Granting such other and further relief as this Court may deem just and proper.

**JURY DEMAND**

Plaintiff hereby demands trial by jury.

DATED: December 18, 2007

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: ______________________

Lawrence J. Kouns
Mitchell P. Brook
Todd R. Kinnear
Attorneys for Plaintiff Mara Gerloni

101049029

EXHIBIT 1

A/Prov

jc534 U.S. PTO
04/27/98

# PROVISIONAL APPLICATION COVER SHEET

This is a request for filing a PROVISIONAL APPLICATION under 37 CFR 1.53(b)(2)

"EXPRESS MAIL" MAILING LABEL
Number: EM104544748 US Date of Deposit: April 27, 1998
I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Assistant Commissioner for Patents, Washington, D.C. 20231.
Typed or Printed Name: Kevin Campbell
Signed: [signature]

| Docket Number: | P-66300/WHD/MTK | Type a plus sign (+) inside this box → | + |
|---|---|---|---|

INVENTOR(s)/APPLICANT(s)

| LAST NAME | FIRST NAME | MIDDLE INITIAL | RESIDENCE (CITY AND EITHER STATE OR FOREIGN COUNTRY) |
|---|---|---|---|
| ZANETTI | MAURIZIO | | LA JOLLA, CALIFORNIA |
| GERLONI | MARA | | LA JOLLA, CALIFORNIA |
| BILLETTA | ROSARIO | | LA JOLLA, CALIFORNIA |
| XIONG | SIDONG | | LA JOLLA, CALIFORNIA |

TITLE OF THE INVENTION (*280 characters max*)

SOMATIC TRANSGENE IMMUNIZATION WITH DNA ENCODING AN IMMUNOGLOBULIN HEAVY CHAIN

CORRESPONDENCE ADDRESS

Walter H. Dreger, Registration No. 24, 190
FLEHR HOHBACH TEST ALBRITTON & HERBERT LLP, 4 Embarcadero Center, Suite 3400, San Francisco

| STATE | CA | ZIP CODE | 94111 | COUNTRY | US |
|---|---|---|---|---|---|

ENCLOSED APPLICATION PARTS (*check all that apply*)

| | | | | | |
|---|---|---|---|---|---|
| X | Specification | *Number of Pages* | 17 | | Small Entity Statement |
| | Drawings | *Number of Sheets* | | | Other (*specify*): |

METHOD OF PAYMENT OF FILING FEES FOR THIS PROVISIONAL APPLICATION FOR PATENT (*check one*)

| | | | | |
|---|---|---|---|---|
| X | A check or money order is enclosed to cover the Provisional filing fees | | PROVISIONAL FILING FEE AMOUNT ($) | $150 |
| X | The Commissioner is hereby authorized to charge any underpayment or overpayment to Deposit Account Number: | 06-1300 (Order No. P-66300/WHD/MTK) | | |

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

[X] No.

[ ] Yes, the name of the U.S. Government Agency and the Government contract number are: ____________

Respectfully submitted,

SIGNATURE: [signature] Date 27 April 1998

TYPED or PRINTED NAME Mark T. Kresnak, Ph.D. REGISTRATION NO. (*if appropriate*) P-42,767

[ ] Additional inventors are being named on separately numbered sheets attached hereto.

PROVISIONAL PATENT APPLICATION

Attorney Docket No.: P-66300/WHD/MTK

# SOMATIC TRANSGENE IMMUNIZATION WITH DNA ENCODING AN IMMUNOGLOBULIN HEAVY CHAIN

60083154.042708

Maurizio Zanetti
La Jolla, California

Mara Gerloni
La Jolla, California

Rosario Billetta
La Jolla, California

Sidong Xiong
La Jolla, California

The present invention refers to a new and rational approach to immunization and is predicated on the induction of antibody and T cell responses following a single inoculation of an immunoglobulin H chain gene targeted to lymphocytes in a secondary lymphoid organ. The invention demonstrates that a single DNA inoculation is sufficient to initiate immunity, establish immunologic memory, and program the immune response in a reproducible way.

The process is termed <u>Somatic Transgene Immunization (STI)</u>. STI is an effective way to deliver the DNA vaccine to B cells and program the immune system to produce large amounts of immunogenic (ÒvaccineÓ) molecules. This effect is a result of (1) the self-renewing property of antigenized antibody genes harbored in B lymphocytes, and (2) the constitutive ability of activated B lymphocytes to synthesize many copies of transgene products. STI as a vaccination process is designed to exploit one of the bodyÕs most efficient and exquisite machineries for protein (the ÒvaccineÓ) production.

The variable region of antibodies can be re-engineered to code for discrete sequences of heterologous antigens to impart the molecule new antigenic and immunogenic properties, antibody antigenization. This approach enables one to modify ad hoc the complementarity-determining regions (CDR) of the variable (V) domain so that after antigenization antibodies become structural mimics of antigens in a way that leads to induction of B- and T-cell immunity. Consequently, inoculation of antigenized H chain genes and synthesis of transgenic Ig by the host during STI is a way to provide the organism with exogenous B- and T-cell epitopes.

<u>The present invention includes the combined use of STI and antigenized antibody genes</u> as a new method to induce antigen-specific immunity against pathogens, tumor antigens and pathological processes.

DNA AND CELL BIOLOGY
Volume 16, Number 5, 1997
Mary Ann Liebert, Inc.
Pp. 611–625

# Somatic Transgene Immunization with DNA Encoding an Immunoglobulin Heavy Chain

MARA GERLONI, ROSARIO BILLETTA, SIDONG XIONG, and MAURIZIO ZANETTI

## ABSTRACT

A plasmid DNA containing a chimeric immunoglobulin heavy-chain gene with tissue-specific promoter and enhancer elements was used as a model system to study the events triggered by a single intraspleen DNA inoculation in adult C57Bl/6 mice. A single intraspleen inoculation was followed in a week by secretion of transgene immunoglobulins and production of immunoglobulin M (IgM) anti-immunoglobulins. Their kinetics of serum appearance were almost superimposable. While anti-immunoglobulin antibodies remained detectable for over 6 months, transgene immunoglobulins disappeared after 3–4 weeks. However, transgene mRNA was detected in the spleen for 4 months. A multiplex polymerase chain reaction (PCR) analysis on splenic genomic DNA 17 days after inoculation demonstrated that the transgene was integrated in the host chromosomal DNA. The nucleotide sequence of the rearranged VDJ region from splenic genomic DNA was identical to that of the parental plasmid DNA, hence ruling out that hypermutation had occurred. A booster injection of immunoglobulin encoded by the transgene on day 200 elicited a typical secondary immune response with $IgG_1$ and $IgG_{2b}$ antibodies. These results demonstrate that a single inoculation of an immunoglobulin heavy-chain DNA targeted to spleen lymphocytes leads to spontaneous integration of the transgene into the host DNA, and that this is sufficient to initiate immunity and establish immunologic memory. Our data also show that minute amounts (<100 ng/ml) of an endogenously produced protein secreted in the microenvironment of a lymphoid tissue generate immunity and establish immunologic memory rather than tolerance.

## INTRODUCTION

Inoculation of functional genes in adult immunocompetent animals is a new and simple way to initiate an immune response against foreign proteins and pathogens (Tang *et al.*, 1992; Cox *et al.*, 1993; Robinson *et al.*, 1993; Ulmer *et al.*, 1993; Wang *et al.*, 1993; Davis *et al.*, 1994; Raz *et al.*, 1994; Sedogah *et al.*, 1994). Antibody production (B-cell immunity) (Cox *et al.*, 1993; Fynan *et al.*, 1993; Robinson *et al.*, 1993; Ulmer *et al.*, 1993; Wang *et al.*, 1993; Davis *et al.*, 1994; Raz *et al.*, 1994; Sedegah *et al.*, 1994) and cell-mediated immunity of the helper (Xiang *et al.*, 1994) or cytotoxic T-cell type (Ulmer *et al.*, 1993; Wang *et al.*, 1993; Raz *et al.*, 1994; Sedegah *et al.*, 1994) have all been obtained.

Inoculation of nucleic acids into somatic cells is thought to mimic immunity by natural infection and offers the advantage that immunologic adjuvants are not required. Therefore, an analysis of what may determine its success is important. At least three factors could play a role in the success of immunization by nucleic acids: (i) the efficiency of *in vivo* DNA uptake by the host cells, (ii) the efficiency with which transduced cells can utilize the DNA and synthesize the transgene product, and (iii) the ability of *in vivo*-transduced cells to serve as antigen-presenting cells (APCs). To date, most reports indicate that expression of the transgene, synthesis of the corresponding gene product, its presentation to immunocompetent cells, and induction of immunity occur after repeated inoculations of plasmid DNA (Whalen and Davis, 1995). Most studies to date have targeted the muscle, a tissue with low replicative activity, using genes under the control of foreign viral promoters to initiate their transcription. Under these experimental conditions, the transgene has been shown to persist in the muscle in a nonintegrated, extrachromosomal form for a long time (Nichols *et al.*, 1995; Wolff *et al.*, 1992), albeit the most efficient gene expression is achieved during active muscle generation (Wells and Goldspink, 1992) or regeneration (Davis *et al.*, 1993, 1995). To

Department of Medicine and Cancer Center, University of California, San Diego La Jolla, CA 92093-0063.

our knowledge, targeting of plasmid DNA using tissue-specific regulatory elements for transcription has been done in only a few instances (Perales *et al.*, 1994). During immunity to natural infection, lymphocytes are in general activated by the pathogen or by APCs in lymphoid organs. Thus, mimicking natural infection through inoculation of genes under the control of tissue-specific regulatory elements directly targeted to a lymphoid tissue could help elucidate the way nucleic acids initiate immunity.

In this study, we tested the above hypothesis and studied the effect of DNA inoculation directly into a lymphoid organ, the spleen. We used an immunoglobulin heavy (H) chain gene under the control of tissue-specific promoter and enhancer elements (Banerji *et al.*, 1993; Gillies *et al.*, 1983; Grosschedl and Baltimore, 1985; Mason *et al.*, 1985) and sought to target B lymphocytes, that is, cells able to utilize the transgene physiologically and serve as APCs (Lanzavecchia, 1985). Adult C57Bl/6 mice were inoculated with a plasmid DNA containing a chimeric (mouse/human) immunoglobulin H chain gene. We found that a single DNA inoculation via the splenic route yielded secretion of transgene H-chain immunoglobulins in the serum of all mice and a sustained anti-immunoglobulin antibody response. We also demonstrated synthesis of transgene mRNA in the spleen for over 4 months and integration of the transgene in the chromosomal DNA of the host cells in the absence of hypermutation.

To our knowledge, this is the first report on DNA immunization through direct targeting of a lymphoid organ with a plasmid DNA under the control of tissue-specific promoter and enhancer elements. This study is also the first to demonstrate that upon *in vivo* uptake the transgene integrates in the host DNA. This model system can be used to study the immunogenicity of immunoglobulins in a way that is independent of the physical state of the protein and the use of immunological adjuvants. These results will be discussed with respect to the dynamics of natural immunity through somatic transgene immunization as a new way to analyze the parameters that influence the reactivity of the host's immune system against endogenously-produced self antigens.

## MATERIALS AND METHODS

### *Mice*

Eight to ten-week-old C57BL/6 (H-$2^b$) mice were purchased from the Jackson Laboratories (Bar Harbor, ME) or Harlan Sprague-Dawley (San Diego, CA). Mice were maintained in the animal facility of the University of California, San Diego, throughout the duration of the experiments.

### *Plasmid DNAs*

Four plasmid vectors were utilized for *in vivo* inoculation. γ1WT defines plasmid pNeo$\gamma_1$62 (Sollazzo *et al.*, 1989), which contains the 2.3-kb *Eco* RI DNA fragment carrying the genomic murine $V_H^{62}$ rearrangement at the unique *Eco* RI site of the pNγ1 vector (Morrison *et al.*, 1984). γ1WT encodes a genomic human γ1 gene and contains a neomycin-resistance gene under the control of the SV40 promoter for the selection of stable transformant cells. γ1WT-TAC is a modified version of the γ1WT plasmid in which the 3 bp of TAC were introduced by oligonucleotide-directed mutagenesis in the CDR3 as a genetic marker. This was used uniquely to study gene integration. γ1NANP it is a modified version of the γ1WT plasmid where the third hypervariable region was modified to encode three repeats of the tetrapeptide Asn-Ala-Asn-Pro (NANP) sequence (Sollazzo *et al.*, 1990). This plasmid was used for mRNA analysis of the $V_H$ region. pSV2Neo is the original plasmid forming the backbone of the pNeoγ1 vector without the human γ1 C region gene (Mulligan and Berg, 1981). This plasmid was used as a control in the immunization experiments. These three plasmids are illustrated in Fig. 1. γ2b$V_H^{36-65}$ defines a plasmid containing the $V_H^{36-65}$ gene (Sharon *et al.*, 1989) joined to a murine γ2b C region gene. All plasmid DNAs were prepared from DH5α *Escherichia coli* according to standard procedures (Sambrook *et al.*, 1989). The purity of the DNA was monitored using the following equation: $\%N = (11.1R - 6.32)/(2.16 - R)$ where $R$ = 260 nm/280 nm, $\%N$ = % of nucleic acid (Glasel, 1995).

### *Transfectoma and recombinant proteins*

Engineered antibodies γ1WT, γ2bWT, and γ2b$V_H^{36-65}$ were prepared by electroporation (Billetta and Zanetti, 1992) of the γ1WT, γ2bWT (Sollazzo *et al.*, 1989), and γ2b$V_H^{36-65}$ (Sharon *et al.*, 1989) plasmid DNAs into the murine J558L cell line, an H-chain-defective variant of the J558 myeloma cell (Morrison, 1985). Transfectant cells were screened for immunoglobulin production by ELISA and the immunoglobulins were purified by affinity chromatography on a Protein A column (Billetta and Zanetti, 1992).

### *DNA inoculations*

Mice were inoculated with 100 μg of plasmid DNA per inoculation. All DNA inoculations were done in the absence of immunological adjuvants. Four basic routes of inoculation were used. (i) *Intramuscular:* The plasmid DNA was injected in the quadriceps in 30 μl volume in sterile saline. Thereafter, mice received three booster injections at weekly intervals for a total of four injections. (ii) *Subcutaneous:* The plasmid DNA was injected in the back in 25–50 μl volume of sterile saline. Thereafter, mice received three booster injections at weekly intervals for a total of four injections. (iii) *Intravenous:* The plasmid DNA was injected in 50–100 μl volume of sterile solution via the tail vein. Thereafter, mice received three booster injections at weekly intervals for a total of four injections. (iv) *Intraspleen:* The plasmid DNA was injected in 30 μl volume of sterile saline solution. For the intraspleen inoculation mice were anesthetized with a cocktail of Ketamine, Xylazine, and Acepromazine. Anesthetized mice were shaved locally and a small incision (3–4 mm) was made with a scalpel in the upper left portion of the abdomen under the diaphragmatic line. By pulling the fat of the ventral part of the spleen gently, the organ was exposed through the small incision and injected with DNA using a 28-gauge needle. The abdomen was immediately sutured using 4-0 sterile, nonabsorbable surgical suture thread. Mice inoculated via this route were injected only once. In one experiment (Table 1) mice received three booster injections of 100 μg of DNA intravenously. Mice were bled via the retro-orbital route on day 0 and subsequently at 7 days intervals.

Case 3:07-cv-02366-JLS-CAB Document 1 Filed 12/18/2007 Page 17 of 50
APR-27-98 MON 10:2_ AM UCSD ZANETTI LAB 6195349814






**FIG. 1.** Schematic representation of plasmid DNA γ1WT and its γ1WT-TAC and γ1NANP variants. The γ1WT H chain construct is the product of the fusion between a human γ1 C-region gene present in the plasmid vector pNeoγ1 with the murine $V_H^{62}$ gene (2.3 kb) (Sollazzo *et al.*, 1989). The $V_H$-region gene is productively rearranged and the C-region gene is in genomic configuration. Variants γ1WT-TAC and γ1NANP contain the nucleotide insertions shown in bold characters in CDR3. Each plasmid DNA carries the regulatory elements, promoter (Pr) and enhancer (En) needed for tissue-specific expression. Neoʳ (neomycin) and Ampʳ (ampicillin) are the resistance genes.

### *Immunization with recombinant protein*

Mice were immunized with affinity-purified γ1WT protein adsorbed on alum (50 μg per mouse) intraperitoneally. Mice that were boosted with the γ1WT protein received 50 μg of the protein emulsified in incomplete Freunds' adjuvant subcutaneously.

### *Antibody detection assays*

*Direct ELISA:* The detection of antibodies to γ1WT, γ2bWT, and $\gamma2bV_H^{36-65}$ proteins was performed on 96-well polyvinyl microtiter plates (Dynatech, Gentilly, VA) coated (2.5 μg/ml) by drying at 37°C. After coating, wells were blocked with 1% bovine serum albumin (BSA) in phosphate-buffered saline (PBS) pH 7.3. Wells were incubated overnight at 4°C with mice sera diluted in 1% BSA-PBS, containing 0.05% Tween-20 (PBSA). The bound antibodies were revealed using a goat antibody to mouse γ-globulins absorbed with human γ-globulins and conjugated with horseradish peroxidase (HRP) (Pierce, St. Louis, MO). The bound peroxidase was revealed by adding *o*-phenylenediamine dihydrochloride and $H_2O_2$.

TABLE 1. PRODUCTION OF ANTIBODIES REACTING WITH THE γ1WT PROTEIN IN C57Bl/6 MICE INOCULATED WITH γ1WT DNA: EFFECT OF THE ROUTE OF INOCULATION

| Group | Route of inoculation | Injections (no.) | Mice (no.) | Responders (no.) | Antibody titer[a] (log) |
|---|---|---|---|---|---|
| I | i.s. | 1 | 4 | 4/4 | 3.1 ± 0.4 |
| II | i.m. | 4 | 4 | 0/4 | ≤2.3[b] |
| III | s.c. | 4 | 4 | 2/4 | 2.6 |
| IV | i.v. | 4 | 4 | 0/4 | ≤2.3 |
| V | i.s. + i.v. | 1 + 3 | 4 | 4/4 | 3.2 ± 0.3 |

[a]Values of antibody titer were measured and calculated on sera collected 21 days after the first inoculation.
[b]The preinoculation value of a large pool (12) mice was 2.3 (log) and it is not shown. The end-point positive serum dilution on which the titer was calculated was an OD value ($A_{492}$) ≥0.200. Sera were tested in duplicate.

Plates were read after 30 min in a microplate reader ($V_{max}$, Molecular Devices) at 492 nm. Tests were done in duplicate.

*ELISA Capture Assay:* The presence of γ1WT H-chain transgene polypeptide in the serum of mice was detected using a capture assay (Billetta and Zanetti, 1992). Briefly, 1:10 dilution of individual mouse sera in PBSA were incubated on 96-well plate coated with a goat antibody to human γ-globulin (10 μg/ml). To determine the concentration of the immunoglobulin H-chain transgene product in the serum O.D. values were plotted against a standard curve constructed with known amount of human γ-globulins diluted in PBSA containing 10% normal mouse serum. The bound antibodies were revealed using a HRP-conjugated goat antibody to human γ-globulins (H-chain-specific) absorbed with murine immunoglobulins (Sigma, St. Louis, MO). The bound peroxidase activity was revealed by adding *o*-phenylenediamine dihydrochloride and $H_2O_2$. The test was continued as detailed above. Tests were done in duplicate.

### *Isotype analysis*

Ig class determination was done by ELISA using isotype-specific rabbit antibodies (Mouse Typer Subisotyping kit, Bio-Rad, Hercules, CA). Briefly, microtiter wells were coated with γ1WT protein (5 μg/ml) in 0.9% NaCl by drying at 37°C. Plates were blocked with 1% BSA-PBS. Mice sera diluted 1:800 in PBSA were incubated overnight at +4°C. After washing, 100 μl of anti-isotype antibodies at the dilution recommended by the manufacturer were incubated for 3 hr at room temperature. The bound antibodies were revealed by adding (100 μl/well) of HRP-conjugated goat antibody to rabbit immunoglobulin diluted 1:3,000 in PBSA for 1 hr at room temperature. The bound peroxidase was revealed by adding *o*-phenylenediamine dihydrochloride and $H_2O_2$, and the test was continued as detailed above. Tests were done in duplicate.

### *Extraction of mRNA, reverse transcription, and DNA amplification by polymerase chain reaction*

The kinetics of synthesis of the transgenic mRNA was studied by reverse transcription polymerase chain reaction (RT-PCR) in the spleen of mice inoculated via the intrasplenic route. Briefly, spleens were harvested 3, 10, 20, and 127 days after the initial inoculation, frozen at −170°C, and the cells were prepared by gentle teasing. Typically, poly(A)$^+$ mRNA was isolated from 11 mg of spleen tissue using the Micro-FastTrack mRNA isolation kit (Invitrogen, San Diego, CA). cDNA was synthesized by reverse transcription using the cDNA Cycle Kit (Invitrogen). Specific PCR primers for the murine $V_H$ (TTCGATGTCCATACCATGAGAGTA and TTCAGCACCTACTATCCAGACACT) and the human γ1 C region genes (TTCCTCTTCTGCGTGTAGTGGTTG and TTCATAATGCCAAGACAAAGCCGC) were designed using Oligo 4.0 Primer Analysis Software (NBI, Inc., Plymouth, MN) from the sequences of the murine $V_H^{62}$ and human γ1 C region genes obtained from the National Center for Biotechnology Information (NCBI) GenBank (Bethesda, MA). Primers for the β-actin gene (see Fig. 4, below) were used to control for the extraction and reverse transcription of spleen mRNA. The PCR reaction with *Taq* polymerase (GIBCO-BRL, Gaithersburg, MD) was performed according to the following conditions: 1 min at 92°C followed by 2 min at 40°C and 3 min at 72°C. This cycle was repeated 30 times. cDNA amplification and size determination ($V_H^{62}$ = 198 bp; human γ1 C region gene = 466 bp) were checked by electrophoresis using 4% NuSieve 3:1 agarose gel (FMC, Rockland, ME).

### *Southern blot*

All DNAs analyzed by Southern blot were separated by electrophoresis on a 1% agarose gel and transferred to Hybond-N nylon membrane (Amersham, Cleveland, OH). Blots were hybridized with oligonucleotide probes labeled using T4 polynucleotide kinase forward reaction in presence of [γ-$^{32}$P]ATP.

### *Extraction of genomic DNA from spleen tissue and DNA amplification by multiplex PCR*

The integration of the transgene DNA was studied in the spleen tissue by multiplex PCR. Briefly, spleens were harvested 17 days after DNA inoculation and frozen at −170°C, and the cells were prepared by tissue grinding in liquid nitrogen. Typically, the genomic DNA was extracted from 10 mg of spleen tissue using the QIAamp Tissue Kit (Qiagen Inc., Chatsworth, CA). The seven primers (P1–P7) specific for the γ1WT-TAC DNA were designed from the sequence of the plasmid obtained from the National Center for Biotechnology GenBank, and are listed in the legend to Fig. 4 (below). The PCR reactions were performed with ELONGASE Enzyme mix (GIBCO-BRL) in a wide range of $MgCl_2$ concentrations. The PCR conditions were as follows: 30 sec at 94°C followed by 5 min at 68°C for

30 times. DNA amplification and size determination were checked by electrophoresis using 1% agarose gel. Conventional PCR of the 791-bp neomycin resistance gene was performed using *Taq* polymerase and two specific primers (TCTATCGCCTTCTTGACGAGTTC and CTGCGTGCAATCCATCTTGTTCA). The PCR conditions were as follows: 1 min at 94°C, 1 min at 64°C, and 1 min at 72°C for 30 times.

### *Genomic DNA sequencing procedure*

Two specific primers (TTATTGAGAATAGAGGACATCTG and ATGCTCAGAAAACTCCATAAC) for the murine $V_H^{62}$ were used to amplify by PCR a segment of 520 bp from genomic DNA. The PCR conditions were as follows: 45 sec at 94°C, 45 sec at 54°C, and 45 sec at 72°C for 30 times. The PCR products were cloned in pGEM-T vector (Promega, Madison, WI). Six clones from the genomic DNA of the spleen inoculated 17 days earlier and four clones from the genomic DNA of tranfectoma B cells (Sollazzo *et al.*, 1989) were sequenced on both strands by dideoxy termination method with Sequenase 2.0 DNA sequencing kit (USB, Cleveland, OH) using two primers (AACAGTATTCTTTCTTTGCAGG and TTATTGAGAATAGAGGACATCTG) annealing 10 bp before the first codon of the FR1 and at the 3′ end of the FR4, respectively.

### *Histological procedures*

To check for histological abnormalities subsequent to intraspleen inoculation, spleens from unmanipulated, DNA-inoculated, and saline-inoculated mice were collected 3, 7, 14, and 21 days from the time of injection. The spleens were fixed in 4% paraformaldehyde for 24 hr, rinsed with PBS, included in Tissue-Tek (Miles, Elkahrt, IN), and frozen at −70°C. Blocks of frozen tissue were cut (5 μm) on a cryostat and stained with hematoxylin and eosin. For immunohistochemical staining, frozen sections were incubated with monoclonal antibody RA3-6B2 (B cells) (Pharmingen, San Diego, CA) or monoclonal antibody 7D4 (activated T cells) (Pharmingen). Sections were processed at the Histology Core Facility of the Cancer Center of UCSD according to standard procedures. Sections were inspected by two investigators.

## RESULTS

### *Targeting the lymphoid tissue yields an immune response*

We inoculated the DNA of a chimeric immunoglobulin H-chain gene consisting of a murine rearranged $V_H$ region joined with a genomic human γ1 C region. This gene is under the control of tissue-specific regulatory elements (promoter and enhancer). The configuration of the plasmid DNA γ1WT containing the H-chain gene is shown in Fig. 1. A chimeric gene was used to simplify the detection of transgene immunoglobulins and anti-immunoglobulin antibodies in the serum. Mice were inoculated via the intrasplenic route once. A first pilot experiment compared the intraspleen route with other routes of inoculation (*e.g.*, intramuscular, subcutaneous, and intravenous) to verify the correctness of our hypothesis and to control for tissue-specificity. Table 1 shows the anti-immunoglobulin response determined by an enzyme-linked immunosorbent assay (ELISA) method in mice inoculated through the various routes with the number of injections in each case. A marked antibody response was seen only in mice inoculated once via the intrasplenic route (group I). Mice inoculated once via the intrasplenic route and boosted intravenously three times (group V) also responded, but because the three additional intravenous injections yielded a substantially similar antibody titer, a logical conclusion is that the antibody response seen in group V reflects mainly the effect of intraspleen inoculation. The subcutaneous route yielded a weak response in 2 mice only (group III). No antibody response was detected in mice inoculated four times intramuscularly or intravenously (groups II and IV). Thus, the use of an immunoglobulin H-chain gene under the control of tissue specific regulatory elements yielded immunity only after intraspleen inoculation.

### *Kinetics of the antibody response*

In repeated experiments, we determined that intraspleen inoculation is reproducibly effective in initiating the immune response. The mean average antibody (log) titer ranged from 3.2 to 4.4, depending on the experiment (Table 2). The anti-immunoglobulin response was not merely due to a nonspecific,

TABLE 2. PRODUCTION OF ANTIBODIES REACTING WITH THE γ1WT PROTEIN IN THE SERUM OF C57Bl/6 MICE AFTER A SINGLE INTRASPLEEN INOCULATION OF DNA

| | | | Antibody titer (log)[a] | | |
|---|---|---|---|---|---|
| *Experiment number* | *Material inoculated* | *Mice (no.)* | *Responders (no.)* | *Mean ± SD* | *Range* |
| 1 | γ1WT | 14 | 14/14 | 3.6 ± 0.2[b] | 3.2–3.8 |
| 2 | γ1WT | 7 | 7/7 | 3.6 ± 0.2 | 3.2–3.8 |
| 3 | γ1WT | 9 | 9/9 | 4.1 ± 0.2 | 3.8–4.4 |
| 4 | pSV2neo | 7 | 0/7 | ≤2.3 | — |
| 5 | Saline | 3 | 0/3 | ≤2.3 | — |

[a]Values of antibody titers were measured and calculated on sera collected 21 days after the first inoculation.
[b]The preinoculation value of each mouse was ~2.3 (log). The end-point positive serum dilution on which the titer was calculated was an OD value ($A_{492}$) ≥0.200. Sera were tested in duplicate. The experiments and the ELISA were done independently and at different times.




**FIG. 2.** Kinetic analysis of the anti-immunoglobulin response and immunoglobulin H-chain transgene immunoglobulin production in mice inoculated intraspleen with plasmid DNA $\gamma$1WT. A. Antibody response. Each column corresponds to a group of 6 individual C57Bl/6 mice. All mice were inoculated at the same time. They were bled at refracted time intervals to separate two consecutive bleedings on the same animal in compliance with regulations for humane animal care. Therefore, an identical pattern identifies the same group of mice. The columns referring to day 57 and 80 are the mean of mice from all three groups (18 mice). Values represent means ± SD of absorbances ($A_{492}$) obtained by ELISA as detailed in Materials and Methods. Tests were done in duplicate at 1:1,600 dilution. B. Transgene immunoglobulin production. Each symbol corresponds to individual determinations (single mouse) at the time indicated on the abscissa. Groups of individual C57Bl/6 mice were inoculated at the same time. Mice were bled at refracted time intervals to separate two consecutive bleedings on the same animal in compliance with regulations for humane animal care. Values represent the absorbance ($A_{492}$) obtained by a capture ELISA as detailed in Materials and Methods. Symbols define single mice from the same group of mice. Tests were done in duplicate on sera diluted 1:10.

polyclonal activation because mice injected with plasmid pSV2Neo, which lacks the immunoglobulin-coding region of plasmid DNA $\gamma$1WT, failed to mount any detectable antibody response (Table 2). The time course of the anti-immunoglobulin response was further analyzed. Antibodies were detectable as early as day 5 with a peak on day 21 (Fig. 2A). Thereafter, the antibody response dropped progressively but did not disappear. Circulating antibodies were still detectable 200 days after a single DNA inoculation (see Fig. 7, below).

### *Kinetics of transgene H-chain immunoglobulins production*

Using an ELISA capture assay specific for the human $\gamma$1 C region, we detected the H-chain transgene product in the serum of all mice inoculated with plasmid DNA $\gamma$1WT (Table 3). Mice injected with control plasmid pSV2Neo were consistently negative. Using a titration curve constructed with known amounts of human $\gamma$-globulins, we estimated that at their highest detection value the concentration of the transgene product ranged between 7.3 and 32.1 ng/ml (minimal and maximal means of independent experiments) (Table 3). Values in individual mice varied between 1 and 72 ng/ml. A kinetic survey showed that the transgene H-chain immunoglobulin product became detectable starting from day 10 (Fig. 2B). Over numerous detections and several experiments, we found that maximal detection, which varied from animal to animal, ranged between day 17 and 21. The H-chain transgene product could not be detected beyond day 26 possibly due to the formation of immune complexes with anti-immunoglobulin antibodies.

Thus, inoculation of an immunoglobulin H-chain DNA via the intrasplenic route yielded a measurable secretion of the transgene immunoglobulin product in 100% of cases until the 26th day. The kinetics of appearance of the transgene H-chain immunoglobulin paralleled that of the anti-immunoglobulin response, albeit the initial detection of the H-chain transgene product was slightly delayed over the antibody response. This can be explained by the different ELISA tests used.

### *Synthesis of transgene mRNA in the spleen of immunized mice*

*In vivo* transcription of the transgene was studied in spleen tissues of mice at various times after inoculation with plasmid DNA $\gamma$1WT. The poly(A)$^+$mRNA was prepared and reverse-transcribed, and the cDNA was amplified by polymerase chain reaction (PCR). Because the $\gamma$1WT gene is a chimeric gene, we used primers specific for the human $\gamma$1 C and the murine $V_H$ regions, respectively. A 466-bp DNA segment from the human $\gamma$1 C region and a 198-bp DNA segment from the murine $V_H$ region were amplified independently (Fig. 3a). mRNA was detected starting from day 3 (not shown) until day 127. Whereas amplification of the human $\gamma$1 C region in a naive mouse was negative, not surprisingly the murine $V_H$ was readily amplified as WT $V_H{}^{62}$ (Fig. 1) is a seemingly germline gene of the $V_H{}^{7183}$ gene family (Fig. 3a) (Sollazzo *et al.*, 1989). To verify the specificity, we performed Southern blot on the DNA. As shown in Fig. 3b, the amplified human $\gamma$1 C segment co-migrated with the segment amplified from the pNeo$\gamma$1 plasmid used as a positive control. To probe specifically for the $V_H$ region, we performed an experiment in which the DNA used for inoculation

TABLE 3. DETECTION OF THE TRANSGENE IMMUNOGLOBULIN PRODUCT IN THE SERUM OF C57Bl/6 MICE AFTER A SINGLE INTRASPLEEN INOCULATION OF DNA

| Experiment number | Material inoculated | Mice (no.) | Producers (no.) | Production (ng/ml) Mean ± SD | Range |
|---|---|---|---|---|---|
| 1 | γ1WT | 14 | 14/14 | 7.3 ± 7.6[a] | 1.0–21.1 |
| 2 | γ1WT | 7 | 7/7 | 32.1 ± 22.7 | 10.3–72 |
| 3 | γ1WT | 9 | 9/9 | 9.3 ± 5.1 | 5.1–15 |
| 4 | pSV2neo | 7 | 0/7 | — | — |
| 5 | Saline | 3 | 0/3 | — | — |

[a]Values of transgene product in the serum represented correspond to the day of maximal detection for each individual mouse. Determination of circulating transgene immunoglobulins was done as detailed in Materials and Methods. The experiments and the ELISA were done independently and at different times.

was modified in the CDR3 to contain the coding sequence for three repeats of the tetrapeptide Asn-Ala-Asn-Pro (γ1NANP) as a nucleotide marker (Sollazzo *et al.*, 1990) (Fig. 1). The 240-bp DNA fragment amplified from cDNA gave a strong and specific hybridization band using a probe specific for the modified CDR3 segment (Fig. 3c). No hybridization was observed in the amplified product from an unmanipulated spleen (Fig. 3c). To confirm the Southern blot result further, we sequenced the amplified VDJ coding region and found it to contain the nucleotide sequence coding for NANP (not shown). Taken together, these results demonstrate that following a single intraspleen inoculation the H-chain transgene is taken up by spleen lymphocytes and transcribed.




FIG. 3. Studies on transgene transcription. a. Semiquantitative analysis of the human γ1 C (466 bp) and murine $V_H^{62}$ (198 bp) region genes at sequential times (0, 10, 20, and 127 days) after intraspleen DNA inoculation. cDNA was reverse-transcribed from mRNA extracted from equal amounts (11 mg) of frozen spleen tissue and used as a template DNA for further amplification by PCR. β-Actin DNA served as a control for mRNA content. b. Southern blot analysis of the PCR-amplified product from spleen of animals inoculated with plasmid DNA γ1WT and harvested at successive times (0, 10, 20, and 127 days) after intraspleen DNA inoculation. The PCR product was probed with a specific synthetic oligonucleotide for the human γ1 C region probe as described in Materials and Methods. Lane 1, 466-bp gene segment of the human γ1 C region amplified from the plasmid pNeoγ1 which was used as a positive control; lane 2, amplified 198-bp murine $V_H^{62}$ gene used as negative control; lanes 3–6, DNA amplified with human γ1 C region-specific primers at different times (0, 10, 20, and 127 days) after intraspleen DNA inoculation. c. Southern blot analysis of the PCR-amplified $V_H$ product (240 bp) from the spleen of a mouse inoculated with γ1NANP DNA and harvested on day 15. The PCR product was probed with a specific synthetic oligonucleotide for the NANP coding sequence in CDR3. Lane 1, DNA from a naive mouse; lane 2, cDNA amplified with murine $V_H$ region-specific primers; lane 3, plasmid DNA γ1NANP (positive control).

## *Integration of the transgene in splenocytes*

The persistence of mRNA in a lymphoid tissue together with marked and protracted secretion of transgene H-chain immunoglobulins led us to consider the possibility of integration of the H-chain transgene in splenocytes. To demonstrate integration formally, the genomic DNA extracted from splenic tissue harvested 17 days after DNA inoculation was analyzed using a multiplex PCR approach (Donaldson *et al.*, 1993; Chen *et al.*, 1994; Daniel *et al.*, 1995). For the PCR amplification, we used ELONGASE, a mix of DNA polymerases with improved proofreading activity for amplification of large (<20 kb) DNA fragments, and seven pairs of specific primers to amplify seven different fragments of plasmid DNA γ1WT. A set of primers for the murine β-actin gene was used as an internal control. A schematic representation of the regions selected for amplification is shown in Fig. 4. As indicated, some of the primers amplify unique regions, others overlapping regions. Primers were designed to facilitate the detection of fragmented plasmid and integration break-points if they occurred (*i.e.*, failure to amplify one or several DNA segments in the genomic DNA would demonstrate integration). The rationale for the experiment and its predictive interpretation are shown in Figure 5a. The DNAs used for PCR amplification were as follows: (i) the reference plasmid DNA γ1WT, (ii) genomic DNA extracted from the spleen of an inoculated mouse, and (iii) genomic DNA extracted from the spleen of a naive mouse (negative control). As shown (Fig. 5b), amplification of fragments E and F in the genomic DNA from the inoculated mouse was selectively abrogated. To rule out any potential technical problem due to the length of fragments E and F, amplifications were repeated under a wide range of $MgCl_2$ molar conditions as well as different annealing temperatures. Under these conditions no amplification of fragments E and F occurred. All seven fragments

A

JC555 U.S. PTO
04/27/99

| UTILITY PATENT APPLICATION TRANSMITTAL (only for new and continuation-in-part nonprovisional applications under 37 CFR 1.53(b)) | Docket No.: P-ZA 3519 |
|---|---|

JC649 U.S. PTO
09/300959
04/27/99

Address to: ASSISTANT COMMISSIONER FOR PATENTS
Box Patent Application
Washington, D.C. 20231

CERTIFICATE OF MAILING BY "EXPRESS MAIL"

"EXPRESS MAIL" MAILING LABEL NUMBER: EL 162 481 115 US

DATE OF DEPOSIT: April 27, 1999

I HEREBY CERTIFY THAT THIS PAPER OR FEE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE "EXPRESS MAIL POST OFFICE TO ADDRESSEE" SERVICE UNDER 37 C.F.R. 1.10 ON THE DATE INDICATED ABOVE, AND IS ADDRESSED TO: BOX PATENT APPLICATION, ASSISTANT COMMISSIONER FOR PATENTS, WASHINGTON, D.C. 20231.

Elizabeth S. Conaughton
(TYPED OR PRINTED NAME OR PERSON MAILING PAPER OR FEE)

ESCon
(SIGNATURE OF PERSON MAILING PAPER OR FEE)

09300959 .042799

This is a request for filing a
_X_ new utility patent application under 37 CFR 1.53(b)(1).

____ continuation-in-part under CFR 1.53(b)(2) of prior application serial no. ________, filed ________ (list entire parentage).

Title: **SOMATIC TRANSGENE IMMUNIZATION AND RELATED METHODS**

Inventor(s)(full name of each inventor): **MAURIZIO ZANETTI**

Enclosed are:

| | | |
|---|---|---|
| X | | Return receipt postcard |
| ___ | | Initial Information Data Sheet |
| X | 1 | Page application cover sheet |
| X | 135 | Pages of specification (includes claims and abstract) |
| X | 37 | Sheets of drawing(s) |
| ___ | ___ | Pages of an executed Declaration for Patent Application |
| ___ | | An executed Power of Attorney for Patent Application by Assignee |
| ___ | | Paper copy of sequence listing, pages ___ through ___ |
| ___ | | Sequence listing in computer readable form |
| ___ | | Statement Under 37 CFR 1.821(f) |
| ___ | | An executed assignment and cover sheet |
| ___ | | An executed small entity statement |
| ___ | | Also enclosed: ________ |

___ This application is based on prior foreign application(s) No.(s)__________________, filed in __________________ on __________ _____, respectively, and priority is hereby claimed therefrom.

_X_ This application is based on, and claims the benefit of, U.S. Provisional Application No. 60/083,154, filed April 27, 1998, and entitled **SOMATIC TRANSGENE IMMUNIZATION AND RELATED METHODS.**

___ This application is based on, and claims the benefit of, U.S. Provisional Application No. 60/________ filed __________, which was converted from U.S. Serial No. _____________, and entitled ____________________.

The filing fee has been calculated as shown below:

| | Number Filed | | Number Extra | | Rate | | | Fee | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Small Entity | Other Entity | | Small Entity | Other Entity |
| Total Claims | 33-20 | = | 13 | x | $9 | $18 | = | $ | $ |
| Indepen-dent Claims | 5-3 | = | 2 | x | $39 | $78 | = | $ | $ |
| Multiple Dependent Claims Presented:____ Yes _X_ No | | | | | $130 | $260 | | $ | $ |
| | | | | | BASIC FEE | | | $380 | $760 |
| | | | | | TOTAL FEE | | | $0 | $ |

___ A check in the amount of $__________ to cover the filing fee is enclosed.

_X_ The payment of the filing fee is to be deferred until the Declaration is filed. Do not charge our deposit account.

___ The Commissioner is hereby authorized to charge fees under 37 CFR 1.16 and 1.17 which may be required or credit any overpayment to Deposit Account No. __________. A duplicate copy of this sheet is enclosed.

Address all future communications to:

Cathryn Campbell
CAMPBELL & FLORES LLP
4370 La Jolla Village Drive, Suite 700
San Diego, California 92122
telephone: (619) 535-9001
facsimile: (619) 535-8949

Respectfully submitted,

Date: April 27, 1999

Deborah L. Cadena
Registration No. 44,048
CAMPBELL & FLORES LLP
4370 La Jolla Village Drive
Suite 700
San Diego, California 92122

# PATENT APPLICATION FEE DETERMINATION RECORD
Effective November 10, 1998

Application or Docket Number: 09-300959

## CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | | NUMBER EXTRA (Column 2) | SMALL ENTITY TYPE ☐ RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | 380.00 | OR | | 760.00 |
| TOTAL CLAIMS | 33 | minus 20= | * 13 | X$ 9= | | OR | X$18= | 234 |
| INDEPENDENT CLAIMS | 5 | minus 3 = | * 2 | X39= | | OR | X78= | 156 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | +130= | | OR | +260= | |
| | | | | TOTAL | | OR | TOTAL | 1150 |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

### AMENDMENT A

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | | * | Minus | ** | = | X$ 9= | | OR | X$18= | |
| Independent | | * | Minus | *** | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | | +130= | | OR | +260= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | | * 39 | Minus | ** 33 | = / | X$ 9= | 9 | OR | X$18= | |
| Independent | | * 5 | Minus | *** 6 | = / | ~~X39~~ X40= | 40 | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | | +130= | | OR | +260= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | | * 33 | Minus | ** 39 | = | X$ 9= | | OR | X$18= | |
| Independent | | * 6 | Minus | *** 6 | = | X39= | | OR | X78= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | | +130= | | OR | +260= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 11/98)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

☆ U.S. GPO:1998-454-473/90301

[illegible] is for INTERNAL PT[illegible]SE ONLY
It d[illegible]NOT get mailed to the a[illegible]plicant.

# NOTICE OF FILING / CLAIM FEE(S) DUE
# (CALCULATION SHEET)

APPLICATION NUMBER: 09-302959

## Total Fee Calculation

| | Fee Code Sm./Lg. | Total # Claims | | Number Extra | X | Fee Sm. Entity | Fee Lg. Entity | = | Total |
|---|---|---|---|---|---|---|---|---|---|
| Basic Filing Fee | 201/101 | | | | | | | = | 760 |
| Total Claims >20 | 203/103 | 33 | -20 = | 13 | X | | 18 | = | 234 |
| Independent Claims >3 | 202/102 | 5 | -3 = | 2 | X | | 78 | = | 156 |
| Mult. Dep Claim Present | 204/104 | | | | | | | = | |
| Surcharge | 205/105 | | | | | | | = | 130 |
| English Translation | 139 | | | | | | | | |

TOTAL FEE CALCULATION 1280

Fees due upon filing the application:

Total Filing Fees Due = $ 1280

Less Filing Fees Submitted - $ ____________

BALANCE DUE = $ ____________

M. Gordon
Office of Initial Patent Examination

FORM OIPE-RAM-01 (Rev. 12/97)

09300956.042799

# A P P L I C A T I O N

for

UNITED STATES LETTERS PATENT

on

# SOMATIC TRANSGENE IMMUNIZATION AND RELATED METHODS

by

Maurizio Zanetti

**CERTIFICATE OF MAILING BY "EXPRESS MAIL"**

"EXPRESS MAIL" MAILING LABEL NUMBER EL162481115US

DATE OF DEPOSIT April 27, 1999

I HEREBY CERTIFY THAT THIS PAPER OR FEE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE "EXPRESS MAIL POST OFFICE TO ADDRESSEE" SERVICE UNDER 37 C.F.R. 1.10 ON THE DATE INDICATED ABOVE, AND IS ADDRESSED TO: THE ASSISTANT COMMISSIONER FOR PATENTS, WASHINGTON, D.C. 20231.

Elizabeth S. Conaughton

(TYPED OR PRINTED NAME OR PERSON MAILING PAPER OR FEE)

ESCon

(SIGNATURE OF PERSON MAILING PAPER OR FEE)

Sheets of Drawings: 37

Docket No.: P-ZA 3519

Attorneys
CAMPBELL & FLORES LLP
4370 La Jolla Village Drive, Suite 700
San Diego, California 92122

## SOMATIC TRANSGENE IMMUNIZATION AND RELATED METHODS

This application claims the benefit of priority of provisional application serial No. 60/083,154, filed April 27, 1998, the entire contents of which is incorporated herein by reference.

This invention was made in part with government support under grant number P01 AI33204 and AI36467, awarded by the National Institutes of Health. The government has certain rights in the invention.

09300959 .042799

## BACKGROUND OF THE INVENTION

In recent years, there has been an explosion of information on the new possibility of inducing immunity using nucleic acids, called DNA vaccination. Previous studies have shown that plasmid DNA introduced into an adult immunocompetent host could induce an antibody response (Tang et al., Nature 356:152-154 (1992)), it was soon demonstrated using the influenza virus that both humoral and cell-mediated could be induced, and these were sufficient for protection *in vivo* (Ulmer et al., Science 259:1745-1749 (1993); Fynan et al., Proc. Natl. Acad. Sci. USA 90:11478-11482 (1993)). It soon became evident that, DNA vaccines, also called genetic vaccines, have gone through a phase of exponential growth and found an application against a large variety of antigens. They have been applied to immunize against cancer (Conry et al., Cancer Res. 54:1164-1168 (1994); bacteria (Tascon et al., Nat. Med. 2:888-892 (1996); Huygen et al., Nat. Med. 2:893-898 (1996)); virus (Ulmer et al., *supra*, 1993; Fynan et al., *supra*, 1993; Raz et al., Proc. Natl. Acad. Sci. USA 91:9519-9523 (1994); Davis et al., Vaccine 12:1503-1509 (1994); Wang et al., Proc. Natl. Acad. Sci.

USA 90:4156-4160 (1993); and parasites (Sedegah et al., Proc. Natl. Acad. Sci. USA 91:9866-9870(1994)).

This basis of DNA vaccination is the introduction into a host of the "*blue-print*" for vaccine molecules in a way that mimics viral infections without the infectious threat. The use of DNA vaccines can be of particular value in those instances in which vaccines are either ineffective or not yet available.

Genetic vaccines, while conceptually simple in their making, for example, a bacterial plasmid incorporating the coding region of interest, they are still fraught with a number of unresolved issues pertaining mainly to their biology at the site of injection and systemically. Genetic vaccines work along the same lines of recognition of antigen (B cells) and antigen processing and presentation (T cells) known and established for protein antigens or infectious pathogens.

It has been known for many years that eukaryotic DNA is per se scarcely immunogenic whereas prokaryotic (bacterial) DNA possesses properties relevant to immunogenicity. It has been known for some time that bacterial DNA could serve as adjuvant in immunization (Braun et al., Proc. Soc. Exp. Biol. Med. 119:701 (1965)). It was subsequently reported that mice immunized with *Escherichia coli* DNA complexed with methylated BSA in adjuvant produce significantly greater amounts of antibodies than mice immunized with calf thymus DNA (Gilkeson et al., Clin. Immunol. Immunopathol. 51:362-371 (1989); Gilkeson et al., J. Immunol. 142:1482-1486 (1989)). Earlier observations had already shown that bacterial DNA possesses immunostimulatory properties (Tokunaga et al., J. Natl. Cancer Inst. 72:955-962

09542410 .092395

(1984), a fact undisputed today (Messina et al., Cell Immunol. 147:148-157 (1993)). These stimulatory properties are apparently linked to a six-base nucleotide motif consisting of an unmethylated CpG dinucleotide (Krieg et al., Nature 374:546-549 (1995) expressed nearly twenty times more frequently in bacterial than in vertebrate DNA (Cardon et al., Proc. Natl. Acad. Sci. USA 91:3799-803 (1994)). Noncoding, immunostimulatory sequences (ISS)-enriched plasmid DNA or ISS oligonucleotides themselves stimulate immune responses to co-administered antigens (Roman et al., Nat. Med. 3:849-854 (1997)) by activating IFN-g, IL-12 and IL-18, all of which promote a Th1 response (Carson and Raz, J. Exp. Med. 186:1621-1622 (1997)).

In 1992, plasmid DNA was shown to immunize against the very antigen it codes for (Tang et al., Nature 356:152-154 (1992)). Therefore, it was possible to immunize using foreign DNA controlled by a potent promoter for tissue expression. Inoculation of functional genes into somatic cells of adult immunocompetent animals is a simple way to mimic natural infection and initiate adaptive immunity (Ulmer et al., Curr. Opin. Immunol. 8:531-536 (1996)). Plasmid DNA containing antigen-coding sequences and regulatory elements for their expression can be introduced in tissues by parenteral injection (Wang et al., *supra*, 1993)or by particle bombardment (Tang et al., *supra*, 1993). Antibody production (B-cell immunity), and cell-mediated immunity of the helper or cytotoxic T cell-type, have been induced against viruses (Ulmer et al., *supra*, 1993), bacteria (Huygen et al., *supra*, 1996; Tascon et al., *supra*, 1996), parasites (Sedegah et al., *supra*, 1994), tumor antigens (Conry et al., *supra*, 1994), self antigens (Gilkeson et al., J. Exp. Med. 183:1389-1397

09472659.030399

(1996); Waisman et al., Nat. Med. 2:899-905 (1996)) and allergens (Raz et al., Proc. Natl. Acad. Sci. USA 93:5141-5145 (1996)).

Typically, injections of plasmid DNA via the intramuscular or intradermal route yields both antibody and cellular responses with long-lasting immunity preferably induced by multiple DNA inoculations (Sedegah et al., *supra*, 1994; Xiang et al., *supra*, 1994). The transgene product is, however, rarely found in the circulation (Davis et al., *supra*, 1993), and little is known about where and how antigen presentation occurs.

From a practical stand-point, immunization via DNA inoculation relies on *in vivo* transfection, production and possibly secretion of the transgene product, and antigen presentation by specialized cells. However, in most studies, neither the *in vivo* transfected cells nor the antigen presenting cells involved in this process have been identified. Expression of foreign DNA under the control of viral promoters (Tang et al., *supra*, 1992; Ulmer et al., *supra*, 1993; Davis et al., *supra*, 1993; Raz et al., *supra*, 1994; Wang et al., *supra*, 1993; Huygen et al., *supra*, 1996; Tascon et al., *supra*, 1996; Sedegah et al., *supra*, 1994; Dollan et al., *supra*, 1996) limit tissue specificity. Therefore, no control of expression is possible other than the site of DNA inoculation.

Although genetic vaccines have been used successfully, there remains a need to develop more effective methods to exploit the immunogenic potential of genetic vaccines. The present invention satisfies this need and provides related advantages as well.

09424059.030600

## SUMMARY OF THE INVENTION

The invention provides a method for stimulating an immune response by administering to a lymphoid tissue a nucleic acid molecule comprising an expression element operationally linked to a nucleic acid sequence encoding one or more heterologous epitopes. The heterologous epitope can be inserted into a complementarity-determining region of an immunoglobulin molecule. The invention also provides a nucleic acid molecule comprising a hematopoietic expression element operationally linked to a nucleic acid sequence encoding a heterologous polypeptide. The invention also provides a method of treating a condition by administering a nucleic acid molecule comprising a hematopoietic cell expression element operationally linked to a nucleic acid sequence encoding a heterologous polypeptide, wherein the nucleic acid molecule is targeted to a hematopoietic cell.

## BRIEF DESCRIPTION OF THE DRAWINGS

Figure 1 shows a schematic representation of plasmid DNA γ1WT and its γ1WT-TAC and γ1NANP variants. The γ1WT H chain construct is the product of the fusion between a human γ1 constant (C) region gene present in the plasmid vector pNeoγ1 with the murine $V_H^{62}$ gene (2.3 kb) (Sollazzo et al., *supra*, 1989). The $V_H$ region gene is productively rearranged and the C region gene is in genomic configuration. Variants γ1WT-TAC and γ1NANP contain the nucleotide insertions shown in bold characters in CDR3. Each plasmid DNA carries the regulatory elements, promoter (Pr) and enhancer (En) needed for tissue-specific expression. In plasmid DNA γ1NANP the human γ1 C region gene is joined to a

EXHIBIT 3

US007279462B1

(12) **United States Patent**
**Zanetti**

(10) **Patent No.: US 7,279,462 B1**
(45) **Date of Patent: Oct. 9, 2007**

(54) **SOMATIC TRANSGENE IMMUNIZATION AND RELATED METHODS**

(75) Inventor: **Maurizio Zanetti**, La Jolla, CA (US)

(73) Assignee: **Nevagen LLC**, LaJolla, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/300,959**

(22) Filed: **Apr. 27, 1999**

**Related U.S. Application Data**

(60) Provisional application No. 60/083,154, filed on Apr. 27, 1998.

(51) **Int. Cl.**
*A61K 48/00* (2006.01)
*C12N 15/63* (2006.01)

(52) **U.S. Cl.** ...................................... **514/44**; 435/320.1

(58) **Field of Classification Search** .................. 514/44; 435/320.1, 325, 69.1, 343.1; 424/130.1, 424/151.1, 43.2, 43.21
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,508,386 A | | 4/1996 | Zanetti et al. | 530/387.3 |
| 5,580,859 A | | 12/1996 | Felgner et al. | 514/44 |
| 5,583,202 A | | 12/1996 | Zanetti | 530/387.3 |
| 5,589,466 A | | 12/1996 | Felgner et al. | 514/44 |
| 5,658,762 A | | 8/1997 | Zanetti et al. | 435/69.6 |
| 5,703,055 A | | 12/1997 | Felgner et al. | 514/44 |
| 5,891,432 A | * | 4/1999 | Hoo | 424/93.21 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0 460 076 B1 | 11/1995 | 39/395 |

OTHER PUBLICATIONS

McCluskie et al. Molecular Medicine. 9: 267-300, Sep. 1999.*
Verma et al. Nature. 389: 239-242, Sep. 1997.*
Deonarain, Exp Opin Ther Patents, 8(1): 53-69, 1998.*
Crystal, RG, Science, 270: 404-410, 1995.*
Miller et al. FASEB J. 9: 190-199, Feb. 1995.*
Eck et al, Goodman & Gilman's Pharmalogical Basis of Therapeutics. Chapter 8, McGraw-Hill, pp. 77-101, Sep. 1999.*
Hurpin et. al.; The mode of presentation and route of administration are critical for the induction of immune responses to p53 and antitumor immunity, 1998, Vaccine, vol. 16, No. 2/3: 208-215.*
Maxwell et.al.; Expression of the Diphtheria Toxin A-Chain Coding Sequence Under the Control of Promoters and Enhancers from Immunoglobulin Genes as a Means of Directing Toxicity to B-Lymphoid Cells, 1991, Cancer Resarch51: 4299-4304.*
Anderson et al., "Immune Response in Mice Following Immunization with DNA Encoding Fragment C of Tetanus Toxin," *Infect. Immunity*, 64:3168-3173 (1996).
Banerji et al., "A Lymphocyte-Specific Cellular Enhancer is Located Downstream of the Joining Region in Immunoglobulin Heavy Chain Genes," *Cell* 33:729-740 (1983).
Barry et al., "Protection against mycoplasma infection using expression-library immunization," *Nature*, 377:632-635 (1995).
Billetta and Zanetti, "Ligand Expression Using Antigenization of Antibody: Principal and Methods," *Immuno Methods*, 1:41-51 (1992).
Boyle et al., Enhanced responses to a DNA vaccine encoding a fusion antigen that is directed to sites of immune induction, *Nature*, 392:408-411 (1998).
Chattergoon et al., "Specific Immune Induction Following DNA-Based Immunization Through In Vivo Transfection and Activation of Macrophages/Antigen-Presenting Cells," *J. Immunol.* 160:5707-5718 (1998).
Chen et al., "Idiotype-Cytokine Fusion Proteins as Cancer Vaccines. Relative Efficacy of IL-2, IL-4, and Granulocyte-Macrophage Colony-Stimulating Factor," *J. Immunol.*, 153:4775-4787 (1994).
Cohen, J., "Naked DNA Points Way to Vaccines," *Science*, 259:1691-1692 (1993).
Condon et al., "DNA-based immunization by in vivo transfection of dendritic cells," *Nat. Med.*, 2:1122-1128 (1996).
Conry et al., "Immune Response to a Carcinoembryonic Antigen Polynucleotide Vaccine," *Cancer Res.*, 54:1164-1168 (1994).
Cox et al., "Bovine Herpesvirus 1: Immune Response in Mice and Cattle Injected with Plasmid DNA," *J. Virol.* 67:5664-5667 (1993).
Davis et al., "Direct Gene Transfer into Skeletal Muscle In Vivo: Factors Affecting Efficiency of Transfer and Stability of Expression," *Human Gene. Ther.*, 4:151-159 (1993).
Davis et al., Direct gene transfer in skeletal muscle: plasmid DNA-based immunization against the hepatitis B virus surface antigen., *Vaccine* 12:1503-1509 (1994).
Davis et al., "Use of Plasmid DNA for Direct Gene Transfer and Immunization," *Ann. NY Acad. Sci.*, 772:21-29 (1995).
Davis et al., "DNA-mediated immunization to hepatitis B surface antigen: longevity of primary response and effect of boost," *Vaccine*, 14:910-915 (1996).
Disis et al., "Granulocyte-Macrophage Colony-Stimulating Factor: An Effective Adjuvant for Protein and Peptide-Based Vaccines," *Blood*, 88:202-210 (1996).
Doe et al., "Induction of cytotoxic T lymphocytes by intramuscular immunization with plasmid DNA is facilitated by bone marrow-derived cells," *Proc. Natl. Acad. Sci. USA*, 93:8578-8583 (1996).
Donnelly et al., "DNA vaccines," *Annu. Rev. Immunol.*, 15:617-648 (1997).

(Continued)

*Primary Examiner*—Anne M. Wehbé
(74) *Attorney, Agent, or Firm*—Needle & Rosenberg, PC

(57) **ABSTRACT**

The invention provides a method for stimulating an immune response by administering to a lymphoid tissue a nucleic acid molecule comprising an expression element operationally linked to a nucleic acid sequence encoding one or more heterologous epitopes. The heterologous epitope can be inserted into a complementarity-determining region of an immunoglobulin molecule. The invention also provides a nucleic acid molecule comprising a hematopoietic expression element operationally linked to a nucleic acid sequence encoding a heterologous polypeptide. The invention additionally provides a method of treating a condition by administering a nucleic acid molecule comprising a hematopoietic cell expression element operationally linked to a nucleic acid sequence encoding a heterologous polypeptide, wherein the nucleic acid molecule is targeted to a hematopoietic cell.

**1 Claim, 40 Drawing Sheets**

OTHER PUBLICATIONS

Doolan et al., "Circumventing Genetic Restriction of Protection against Malaria with Multigene DNA Immunization: CD8+ T-Cell-, Interferon γ-, and Nitric Oxide-Dependent Immunity," *J. Exp. Med.*, 183:1739-1746 (1996).

Eisenbraun et al., "Examination of Parameters Affecting the Elicitation of Humoral Immune Response by Particle Bombardment-Mediated Genetic Immunization," *DNA Cell Biol.*, 12:791-797 (1993).

Fynan, "DNA vaccines: Protective immunizations by parenteral, mucosal and gene-gun inoculations," *Proc. Natl. Acad. Sci. USA*, 90:11478-11482 (1993).

Gerloni et al., "Activation of CD4 T Cells by Somatic Transgenesis Induces Genaralized Immunity of Uncommitted T Cells and Immunologic Memory," *J. Immunol.*, 162:3782-3789 (1999).

Gerloni et al., "Durable immunity and immunologic memory to a parasite antigen induced by somatic transgene immunization," *Vaccine*, 16(2/3):293-297 (1998).

Gerloni et al., "Immunity to *Plasmodium falciparum* malaria sporozoites by somatic transgene immunization," *Nat. Biotech.*, 15:876-881 (1997).

Gerloni et al., "Somatic Transgene Immunization with DNA Encoding and Immunoglobulin Heavy Chain," *DNA and Cell Biol.*, 16(5):611-625 (1997).

Gerloni et al., "Immunological memory after somatic transgene immunization is positively affected by priming with GM-CSF and does not require bone marrow-derived dendritic cells," *Eur. J. Immunol.*, 28:1832-1838 (1998).

Gerloni et al., "DNA immunization in re/B-deficient mice discloses a role for dendritic cells in IgM→IgGl switch in vivo," *Eur. J. Immunol.*, 28:516-524 (1998).

Gilkeson et al., "Modulation of Renal Disease in Autoimmune NZB/NZW Mice by Immunization with Bacterial DNA," *J. Exp. Med.*, 183:1389-1397 (1996).

Gregoriadis , "Genetic Vaccines: Strategies for Optimization," *Pharm. Res.*, 15:661-670 (1998).

Hsu et al., "Immunoprophylaxis of allergen-induced immunoglobulin E synthesis and airway hyperresponsiveness in vivo by genetic immunization," *Nat. Med.* 2:540-544 (1996).

Huygen et al., "Immunogenicity and protective efficacy of a tuberculosis DNA vaccine," *Nat. Med.*, 2:893-898 (1996).

Iwasaki et al., "The Dominant Role of Bone Marrow-Derived Cells in CTL Induction Following Plasmid DNA Immunization at Different Sites," *J. Immunol.*, 159:11-14 (1997).

Jones et al., "Potential Role of Granulocyte-Macrophage Colony-Stimulating Factor as Vaccine Adjuvant," *Eur. J. Clin. Microbiol. Infect. Dis.*, 13 Suppl. 2:S47-S53 (1994).

Manickan et al., "Genetic Immunization Against Herpes Simplex Virus. Protection is Mediated by CD4+ T Lymphocytes[1]," *J. Immunol.*, 155:259-265 (1995).

Pertmer et al., "Influenza Virus Nucleoprotein-Specific Immunoglobulin G Subclass and Cytokine Responses Elicited by DNA Vaccination Are Dependent on the Route of Vector DNA Delivery," *J. Virol.*, 70:6119-6125 (1996).

Raz, et al., "Intradermal gene immunization: The possible role of DNA uptake in the induction of cellular immunity to viruses," *Proc. Natl. Acad. Sci. USA*, 91:9519-9523 (1994).

Raz et al., "Preferential induction of a $Th_1$ immune response and inhibition of specific IgE antibody formation by plasmid DNA immunization," *Proc. Natl. Acad. Sci. USA*, 93:5141-5145 (1996).

Robinson et al., "Protection against a lethal influenza virus challenge by immunization with a haemagglutinin-expressing plasmid DNA," *Vaccine*, 11:957-960 (1993).

Roman et al., "Immunostimulatory DNA sequences function as T helper-1-promoting adjuvants," *Nat. Med.*, 3:849-854 (1997).

Sedegah et al., "Protection against malaria by immunization with plasmid DNA encoding circumsporozoite protein," *Proc. Natl. Acad. Sci. USA*, 91:9866-9870 (1994).

Syrengelas et al., "DNA immunization induces protective immunity against B-cell lymphoma," *Nature Med.*, 2:1038-1041 (1996).

Tang et al., "Genetic immunization is a simple method for eliciting an immune response," *Nature*, 356:152-154 (1992).

Tao and Levy, "Idiotype/granulocyte-macrophage colony-stimulating factor fusion protein as a vaccine for B-cell lymphoma," *Nature*, 362:755-758 (1993).

Tascon et al., "Vaccination against tuberculosis by DNA injection," *Nat. Med.*, 2:888-892 (1996).

Taubes, "Salvation in a Snippet of DNA?" *Science*, 278:1711-1714 (1997).

Torres et al., "Differential Dependence on Target Site Tissue for Gene Gun and Intramuscular DNA Immunizations," *J. Immunol.*, 158:4529-4532 (1997).

Ulmer et al., "Heterologous Protection Against Influenza by Injection of DNA Encoding a Viral Protein," *Science*, 259:1745-1749 (1993).

Ulmer et al., "DNA vaccines," *Curr. Opin. Immunol.*, 8:531-536 (1996).

Waisman et al., "Suppressive vaccination with DNA encoding a variable region gene to the T-cell receptor prevents autoimmune encephalomyelitis and activates Th2 immunity," *Nat. Med.*, 2:899-905 (1996).

Wang et al., "Gene inoculation generates immune responses against human immunodeficiency virus type 1," *Proc. Natl. Acad. Sci. USA*, 90:4156-4160 (1993).

Wang et al., "DNA Inoculation Induces Neutralizing Immune Responses Against Human Immunodeficiency Virus Type 1 in Mice and Nonhuman Primates," *DNA Cell Biol.*, 12:799-805 (1993).

Whalen et al., "DNA-Mediated Immunization to the Hepatitis B Surface Antigen. Activation and Entrainment of the Immune Response[a,b]," *Ann. NY Acad. Sci.*, 772:64-76 (1995).

Xiang and Ertl, "Manipulation of the Immune Response to a Plasmid-Encoded Viral Antigen by Coinoculation with Plasmids Expressing Cytokines," *Immunity*, 2:129-135 (1995).

Xiang et al., "Vaccination with a Plasmid Vector Carrying the Rabies Virus Glycoprotein Gene Induces Protective Immunity against Rabies Virus," *virology*, 199:132-140 (1994).

Xiong et al., "Engineering vaccines with heterologous B and T cells epitopes using immunoglobulin genes," *Nat. Biotech.*, 15:882-886 (1997).

Xiong et al., "In vivo role of B lymphocytes in somatic transgene immunization," *Proc. Natl. Acad. Sci. USA*, 94:6352-6357 (1997).

Xu et al., "Protection against leishmaniasis by injection of DNA encoding a major surface glycoprotein, gp63, of *L. major*," *Immunology*, 84:173-176 (1995).

Yankauckas et al., Long-term Anti-Nucleoprotein Cellular and Humoral Immunity Is Induced by Intramuscular Injection of Plasmid DNA Containing NP Gene., *DNA Cell Biol.*, 12:771-776 (1993).

Nakano et al., "Genetic defect in T lymphocyte-specific homing into peripheral lymph nodes," *Euro. J. Immunol.*, 27:215-221 (1997).

Zanetti, M., "Immunization with Immunoglobulin Genes," *The Antibodies* 4:Chapter 5, 73-98, (2001).

* cited by examiner


Amp^r
Neo^r
EcoRI
P_R
V_H
E_N
EcoRI
γ1WT
(pNeoγ1VH62)
CH1
Hinge
CH2
CH3
Humanγ1
FR 1
CDR 1
FR 2
CDR 2
FR 3
CDR 3
FR 4
AAGGCCTACTCTCATGGTATGGACTAC
γ1WT
AAGGTACCCTACTCTCATGGTATGGACTAC
γ1 WT-TAC
GTACCCCAATGCAAACCCAAATGCAAACCCAAATGCAAACCCAGTACCC
γ1 NAN

FIG. 1



ABSORBANCE $A_{492}$
800
700
600
500
400
300
200
100
0
0 5 7 10 12 14 17 19 21 24 26 28 32 57 80
DAYS AFTER DNA INOCULATION


FIG.2A



ABSORBANCE $A_{492}$
800
700
600
500
400
300
200
100
0
0 5 7 10 12 14 17 19 21 24 26 28 30
DAYS AFTER DNA INOCULATION


FIG.2B


y1 NANP DNA
pSVneo DNA
ANTIBODY TITER (log10)
3.0
2.8
2.6
2.4
0
2
4
6
WEEKS AFTER INOCULATION

FIG.3




FIG.4A




FIG.4B




FIG.4C

US 20070117774A1

(19) **United States**

(12) **Patent Application Publication** (10) **Pub. No.: US 2007/0117774 A1**

**Zanetti** (43) **Pub. Date: May 24, 2007**

(54) **SOMATIC TRANSGENE IMMUNIZATION AND RELATED METHODS**

(76) Inventor: **Maurizio Zanetti**, La Jolla, CA (US)

Correspondence Address:
**NEEDLE & ROSENBERG, P.C.**
**SUITE 1000**
**999 PEACHTREE STREET**
**ATLANTA, GA 30309-3915 (US)**

(21) Appl. No.: **11/640,778**

(22) Filed: **Dec. 18, 2006**

**Related U.S. Application Data**

(63) Continuation of application No. 09/300,959, filed on Apr. 27, 1999.

(60) Provisional application No. 60/083,154, filed on Apr. 27, 1998.

**Publication Classification**

(51) **Int. Cl.**
*A61K 48/00* (2006.01)

(52) **U.S. Cl.** .......... **514/44**

(57) **ABSTRACT**

The invention provides a method for stimulating an immune response by administering to a lymphoid tissue a nucleic acid molecule comprising an expression element operationally linked to a nucleic acid sequence encoding one or more heterologous epitopes. The heterologous epitope can be inserted into a complementarity-determining region of an immunoglobulin molecule. The invention also provides a nucleic acid molecule comprising a hematopoietic expression element operationally linked to a nucleic acid sequence encoding a heterologous polypeptide. The invention additionally provides a method of treating a condition by administering a nucleic acid molecule comprising a hematopoietic cell expression element operationally linked to a nucleic acid sequence encoding a heterologous polypeptide, wherein the nucleic acid molecule is targeted to a hematopoietic cell.



Amp^r
Neo^r
EcoRI
PR
VH
EN
EcoRI
γ1WT
(pNeoγ1VH62)
CH1
Hinge
CH2
CH3
Human γ1
FR1
CDR1
FR2
CDR2
FR3
CDR3
FR4
AAGGCCTACTCTCATGGTATGGACTAC
γ1WT
AAGGTACCCTACTCTCATGGTATGGACTAC
γ1WT-TAC
GTACCCAATGCAAACCCAAATGCAAACCCAAATGCAAACCCAGTACCC
γ1NAN


FIGURE 1


ABSORBANCE $A_{492}$
800
700
600
500
400
300
200
100
0
0 5 7 10 12 14 17 19 21 24 26 28 32 57 80
DAYS AFTER DNA INOCULATION

A


ABSORBANCE $A_{492}$
800
700
600
500
400
300
200
100
0
0 5 7 10 12 14 17 19 21 24 26 28 30
DAYS AFTER DNA INOCULATION

B

FIGURE 2



■ yl NANP DNA
□ pSVnco DNA
3.0
2.8
2.6
2.4
Antibody titer ($\log_{10}$)
0
2
4
6
Weeks after inoculation


FIGURE 3




FIGURE 4

```
                                                           FR1
γ1WT-TAC  CAGGTGAAGC TGCTGGAGTC TGGGGGAGGC TTAGTGAAGC CTGGAGGGTC CCTGAAACTC TCCTGTGCAG CCTCTGGATT CACTTTCAGT
SP7       ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP8       ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP9       ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP10      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP11      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP12      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
TR35      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
TR36      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
TR37      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
TR38      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
```

```
               CDR1                        FR2                                            CDR2
γ1WT-TAC  AGCTATTACA TGTCTTGGGT TCGCCAGACT CCAGAGAAGA GGCTGGAGTT GGTCGCAGCC ATTAATAGTA ATGGTGGTAG CACCTACTAT
SP7       ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP8       ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP9       ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP10      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP11      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP12      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
TR35      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
TR36      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
TR37      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
TR38      ---------- ---------- ---------- ---------- ---------- -----T---- ---------- ---------- ----------
```

```
                                                                                 FR3
γ1WT-TAC  CCAGACACTG TGAAGGGCCG ATTCACCATC TCCAGAGACA ATGCCAAAAA CACCCTGTAC CTGCAAATGA GCAGTCTGAA GTCTGAGGAC
SP7       ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP8       ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP9       ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP10      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP11      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP12      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
TR35      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
TR36      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
TR37      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
TR38      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
```

```
                                              CDR3                                          FR4
γ1WT-TAC  ACAGCCTTGT ATTACTGTGC AAGAAAGGTA CCCTACTCTC ATGCTATGGA CTACTGGGGT CAAGGAACCT CAGTCACCGT CTCCTCAGGT
SP7       -----T---- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP8       ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP9       ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP10      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP11      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
SP12      ---------- ---------- ---------- ---------- ---------- ---------- ---------- ---------- ----------
TR35      ---------- ---------- ---------- --   ----- ---------- ---------- ---------- ---------- ----------
TR36      ---------- ---------- ---------- --   ----- ---------- ---------- ---------- ---------- ----------
TR37      ---------- ---------- ---------- --   ----- ---------- ---------- ---------- ---------- ----------
TR38      ---------- ---------- ---------- --   ----- ---------- ---------- ---------- ---------- ----------
```

```
γ1WT-TAC  AAGAATGGCC TCTCCAGGTC TTTATTTTTA ACCTTTGTTA TGCAGTTTTC TGAGCATTGC AG
SP7       ---------- ---------- ---------- ---------- ---------- ---------- --
SP8       ---------- ---------- ---------- ---------- ---------- ---------- --
SP9       ---------- ---------- ---------- ---------- ---------- ---------- --
SP10      ---------- ---------- ---------- ---------- ---------- ---------- --
SP11      ---------- ---------- ---------- ---------- ---------- ---------- --
SP12      ---------- ---------- ---------- ---------- ---------- ---------- --
TR35      ---------- ---------- ---------- ---------- ---------- ---------- --
TR36      ---------- ---------- ---------- ---------- ---------- ---------- --
TR37      ---------- ---------- ---------- ---------- ---------- ---------- --
TR38      ---------- ---------- ---------- ---------- ---------- ---------- --
```

FIGURE 5

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 145659 - SR**
*** * C O P Y * ***
**December 18, 2007**
**12:35:11**

**Civ Fil Non-Pris**
USAO #.: 07CV2366 CIV. FIL.
Judge..: JANIS L. SANMARTINO
Amount.: $350.00 CK
Check#.: BC#35164

**Total-> $350.00**

FROM: GERLONI V. ZANETTI
CIVIL FILING

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

'07 CV 2366 JLS (CAB)

FILED 07 DEC 18 PM 12:29 ... DISTRICT ... DEPUTY

**I. (a) PLAINTIFFS**
MARA GERLONI, an individual,

**DEFENDANTS**
MAURIZIO ZANETTI, an individual, and NEVAGEN, LLC, a Nevada corporation,

(b) County of Residence of First Listed Plaintiff San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Lawrence J. Kouns, State Bar No. 095417
Mitchell P. Brook, State Bar No. 172105
Todd R. Kinnear, State Bar No. 208831
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600, San Diego, California 92101
Telephone No.: 619.236.1414 / Fax No.: 619.232.8311

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance; ☐ 120 Marine; ☐ 130 Miller Act; ☐ 140 Negotiable Instrument; ☐ 150 Recovery of Overpayment & Enforcement of Judgment; ☐ 151 Medicare Act; ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans); ☐ 153 Recovery of Overpayment of Veteran's Benefits; ☐ 160 Stockholders' Suits; ☐ 190 Other Contract; ☐ 195 Contract Product Liability; ☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation; ☐ 220 Foreclosure; ☐ 230 Rent Lease & Ejectment; ☐ 240 Torts to Land; ☐ 245 Tort Product Liability; ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☐ 320 Assault, Libel & Slander; ☐ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☐ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury—Med. Malpractice; ☐ 365 Personal Injury — Product Liability; ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting; ☐ 442 Employment; ☐ 443 Housing/ Accommodations; ☐ 444 Welfare; ☐ 445 Amer. w/Disabilities - Employment; ☐ 446 Amer. w/Disabilities – Other; ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence; Habeas Corpus: ☐ 530 General; ☐ 535 Death Penalty; ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture; ☐ 620 Other Food & Drug; ☐ 625 Drug Related Seizure of Property 21 USC 881; ☐ 630 Liquor Laws; ☐ 640 R.R. & Truck; ☐ 650 Airline Regs.; ☐ 660 Occupational Safety/Health; ☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act; ☐ 720 Labor/Mgmt. Relations; ☐ 730 Labor/Mgmt.Reporting & Disclosure Act; ☐ 740 Railway Labor Act; ☐ 790 Other Labor Litigation; ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158; ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights; ☒ 830 Patent; ☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff); ☐ 862 Black Lung (923); ☐ 863 DIWC/DIWW (405(g)); ☐ 864 SSID Title XVI; ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant); ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment; ☐ 410 Antitrust; ☐ 430 Banks and Banking; ☐ 450 Commerce; ☐ 460 Deportation; ☐ 470 Racketeer Influenced and Corrupt Organizations; ☐ 480 Consumer Credit; ☐ 490 Cable/Sat TV; ☐ 810 Selective Service; ☐ 850 Securities/Commodities/ Exchange; ☐ 875 Customer Challenge 12 USC 3410; ☐ 890 Other Statutory Actions; ☐ 891 Agricultural Acts; ☐ 892 Economic Stabilization Act; ☐ 893 Environmental Matters; ☐ 894 Energy Allocation Act; ☐ 895 Freedom of Information Act; ☐ 900 Appeal of Fee Determination Under Equal Access to Justice; ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding; ☐ 2 Removed from State Court; ☐ 3 Remanded from Appellate Court; ☐ 4 Reinstated or Reopened; ☐ 5 Transferred from another district (specify); ☐ 6 Multidistrict Litigation; ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
35 U.S.C. §§ 116
Brief description of cause:
Complaint for Correction of Patent Inventorship, Conversion, Unjunst Enrichment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $**
CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 12/18/07 SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 145659 AMOUNT 350 APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______
12/18/07

JS 44 Reverse (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b.) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V. Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

American LegalNet, Inc. www.USCourtForms.com