Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

## SOUTHERN DISTRICT OF CALIFORNIA

2007 DEC 18 PM 2:14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MARA GERLONI, an individual,

vs

MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV 2366 JLS CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lawrence J. Kouns, State Bar No. 095417
Mitchell P. Brook, State Bar No. 172105
Todd R. Kinnear, State Bar No. 208831
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600, San Diego, California 92101-3372
Telephone No.: 619.236.1414 / Fax No.: 619.232.8311

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — DEC 18 2007

CLERK — DATE

SEAL

K. HAMMERLY

By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com