# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

MARA GERLONI, an individual,

vs

MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2366 JLS CAB

TO: (Name and Address of Defendant)

Nevagen, LLC, a Nevada corporation
c/o Maurizio Zanetti
Authorized Agent for Service
6112 La Jolla Hermosa Avenue
La Jolla, CA 92037

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lawrence J. Kouns, State Bar No. 095417
Mitchell P. Brook, State Bar No. 172105
Todd R. Kinnear, State Bar No. 208831
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600, San Diego, California 92101-3372
Telephone No.: 619.236.1414 / Fax No.: 619.232.8311

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — CLERK

DEC 18 2007 — DATE

SEAL
K. HAMMERLY

By , Deputy Clerk



American LegalNet, Inc.
www.FormsWorkflow.com

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 2/20/08 |
| NAME OF SERVER Renee Evans | TITLE Legal Secretary |

Check one box below to indicate appropriate method of service

- [x] Served personally upon the defendant. Place where served: 600 W. Broadway #2600, S.D. CA 92101
- [ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

  Name of person with whom the summons and complaint were left: ______
- [ ] Return unexecuted:
- [ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: 2/20/08 (Date)

R. Evans (Signature of Server)

600 W. Broadway #2600 S.D. CA 92101 (Address of Server)

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure





American LegalNet, Inc.
www.FormsWorkflow.com