Lawrence J. Kouns, State Bar No. 095417
Mitchell P. Brook, State Bar No. 172105
Todd R. Kinnear, State Bar No. 208831
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Plaintiff Mara Gerloni

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARA GERLONI, an individual,

Plaintiff,

v.

MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,

Defendants.

Case No. 07 CV 2366 JLS CAB

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF COUNTERCLAIM**

Fed.R.Civ.Pro. 12(f)

Date: May 23, 2008
Time: 10:30 a.m.
Courtroom: 6

Judge: Honorable Janis L. Samartino

Magistrate Judge:
Hon. Cathy A. Bencivengo

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT on May 23, 2008 at 10:30 a.m., or as soon thereafter as the matter may be heard, plaintiff Mara Gerloni will, and hereby does, move to strike portions of defendant and counterclaimant Maurizio Zanetti's counterclaim, pursuant to Federal Rule of Civil Procedure 12(f).

In particular, Plaintiff seeks to strike from Zanetti's third cause of action under California Business and Professions Code sections 17200 *et seq*., his request for "restitution" in paragraph 46 of the counterclaim ("and unless Gerloni is ordered to pay restitution to Counter Claimants for Gerloni's unfair business practices"), and his request "for compensatory and punitive damages, in an amount to be determined," in paragraph 47 thereof. Pursuant to California law, and in particular, Business and Professions Code sections 17200 *et seq*., and the case law interpreting it, compensatory and punitive damages are not an available remedy. Nor has Zanetti pled any facts that would entitle him to restitution from Plaintiff.

This motion to strike is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities in Support thereof; and such matters as may be considered at the time of oral argument.

DATED: April 4, 2008 LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ Todd R. Kinnear
Lawrence J. Kouns
Mitchell P. Brook
Todd R. Kinnear
Attorneys for Plaintiff Mara Gerloni

101081372.1