Lawrence J. Kouns, State Bar No. 095417
Mitchell P. Brook, State Bar No. 172105
Todd R. Kinnear, State Bar No. 208831
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Plaintiff Mara Gerloni

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARA GERLONI, an individual,

Plaintiff,

v.

MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,

Defendants.

Case No. 07 CV 2366 JLS CAB

**PROOF OF SERVICE**

Fed.R.Civ.Pro. 12(f)

Judge: Honorable Janis L. Samartino
Courtroom: 6

Magistrate Judge:
Hon. Cathy A. Bencivengo

I declare as follows:

I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of this court, over the age of eighteen years and not a party to this action.

On April 4, 2008, I caused the following to be served:

1. **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE PORTIONS OF COUNTERCLAIM; and**

2 **PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE PORTIONS OF COUNTERCLAIM.**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

(No e-mail recipients)

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

Mr. Robert P. Ottilie
Law Offices of Robert P. Ottilie
550 W. C St., Suite 1600
San Diego, CA 92101-3568
Tel: (619) 231-4841
Fax: (619)231-3293
E-mail: ro@ottilielaw.com
Attorney for Defendants and Counterclaims

I declare that I am employed in the office of at whose direction the service was made.

Executed at San Diego, California on April 4, 2008.

s/Todd R. Kinnear
Attorneys for Plaintiff

3759589.1