Lawrence J. Kouns, State Bar No. 095417
Mitchell P. Brook, State Bar No. 172105
Todd R. Kinnear, State Bar No. 208831
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Plaintiff Mara Gerloni

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARA GERLONI, an individual,

Plaintiff,

v.

MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,

Defendants.

Case No. 07 CV 2366 JLS CAB

**PLAINTIFF MARA GERLONI'S OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO STAY THE CASE UNTIL THEIR MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL IS DECIDED**

Defendants Maurizio Zanetti and Nevagen, LLC ("Defendants") have waited until four days before the Early Neutral Evaluation Conference ("ENE") to file an *ex parte* application requesting that the ENE (and entire case) be stayed because they plan to file a motion to disqualify plaintiff Mara Gerloni's counsel, Luce Forward Hamilton & Scripps LLP ("Luce Forward"). Defendants' *ex parte* application should be denied because it was filed for an improper purpose, and their forthcoming motion to disqualify will fail.

In fact, Dr. Zanetti, and his counsel here have already filed a motion to disqualify Luce Forward in another action under the exact same theory that Luce Forward represented Dr. Zanetti in the past.[1] The Court ***denied*** that motion. See Exhibit "A" hereto. It specifically held that the retainer

[1] *See* Case No. GIC 880456. Cosmo Bioscience Inc. and Cosmo Bioscience S.p.A. v. Zanetti.

agreement and billing invoices demonstrate that Luce Forward was *not* Dr. Zanetti's lawyer. Because Luce Forward never represented either of these Defendants, there is no basis for disqualification in this matter either, and therefore no basis to resort to the extreme remedy of staying this case.

Defendants argue in their *ex parte* application that they will supply billing records and other documentation from Luce Forward to prove that Dr. Zanetti was represented by Luce Forward in 2000 and 2001 on issues relating to his patents. But the billing records and other documentation show that Luce Forward represented Dr. Zanetti's company, Transgenix, and *not* him individually. The fee agreement explicitly states Luce Forward represents the company. It does not say it represents Dr. Zanetti.

Moreover, Defendants are filing this *ex parte* application at the 11th hour in an attempt to sandbag Ms. Gerloni and stay all discovery in this matter. This ENE was set on March 11, 2008. Dr. Zanetti filed his motion to disqualify Luce Forward in the other case on February 19, 2008. But Dr. Zanetti waited until April 29, 2008, four days before the ENE, to rush through an *ex parte* application to stay the ENE so he can file his motion to disqualify in this case. The circumstances and grounds for dismissal would be the same in both cases. Dr. Zanetti is getting assistance from the same lawyer in both cases. There is no legitimate reason why Defendants waited until four days before the ENE to bring this yet to be filed motion to disqualify in this case. This is a deliberate attempt to stay all discovery for an improper purpose and should be denied. Plaintiff wishes to proceed with the ENE and discovery.

Regardless, because Luce Forward never represented the Defendants in the past (and in fact a Court has already so determined), Defendants' *ex parte* application should be denied.

DATED: April 30, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: ______________________________
Lawrence J. Kouns
Mitchell P. Brook
Todd R. Kinnear
Attorneys for Plaintiff Mara Gerloni

101090981.1

# Exhibit A

Lawrence J. Kouns, State Bar No. 095417
Todd R. Kinnear, State Bar No. 208831
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Plaintiffs

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| COSMO BIOSCIENCE, INC., a Delaware corporation and COSMO BIOSCIENCE S.p.A., an Italian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MAURIZIO ZANETTI, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. GIC880456<br><br>Complaint Filed: February 20, 2007<br><br>**NOTICE OF RULING**<br><br>Judge: Hon. Jay M. Bloom<br>Dept.: 70<br>Trial Call: 8/22/08 |

On April 25, 2008, the Court denied defendant Maurizio Zanetti's Motion to Disqualify. Attached as Exhibit 1 is a copy of the Court's Minute Order.

DATED: April 29, 2008

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: ______________________
Lawrence J. Kouns
Todd R. Kinnear
Attorneys for Plaintiffs
Cosmo S.p.A., and Cosmo Holdings, S.p.A.

101090809.1

# Exhibit 1

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN DIEGO**
**CENTRAL**

**MINUTE ORDER**

Date: 04/25/2008 Time: 01:30:00 PM Dept: C-70
Judicial Officer Presiding: Judge Jay M. Bloom
Clerk: Lynn Rockwell

Bailiff/Court Attendant:
ERM:
Reporter: , Not Reported

Case Init. Date: 02/20/2007

Case No: GIC880456 Case Title: COSMO BIOSCIENCE INC vs ZANETTI

Case Category: Civil - Unlimited Case Type: Breach of Contract/Warranty

Event Type: Motion Hearing (Civil)

**Appearances:**

The Court, having taken the above-entitled matter under submission on 04/24/2008 and having fully considered the arguments of all parties, both written and oral, as well as the evidence presented, now rules as follows:

**MOTION TO DISQUALIFY by defendant Maurizio Zanetti is DENIED.** Objections overruled. Plaintiffs' request to strike defendant's reply is denied.

The burden is on the party seeking disqualification to establish the attorney client relationship. (Koo v. Rubio's Restaurants, Inc. (2003) 109 Cal.App.4th 719, 729) Zanetti has not met this burden. Zanetti's subjective belief that Luce Forward was representing him, standing alone, cannot create such a relationship. (Zenith Ins. Co. v. O'Connor (2007) 148 Cal. App. 4th 998, 1010) The retainer agreement and billing invoices indicate that Luce Forward's client was Transgenix, not Zanetti. (Exs. 3, 4, 5, 6) Although the correspondence and bills were addressed to both Transgenix and Zanetti, Zanetti was the founder of Transgenix , the person to whom Luce Forward was to report and by virtue of his position with the company, the person obligated to communicate with Luce Forward. (See. Meehan v. Hopps (1956) 144 Cal. App. 2d 284, 293) Moreover, it appears Zanetti had a separate lawyer acting on his behalf in communicating with Luce Forward.

Jay M. Bloom
Judicial Officer Presiding: Judge Jay M. Bloom

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

Central
330 West Broadway
San Diego, CA 92101

**SHORT TITLE:** COSMO BIOSCIENCE INC vs ZANETTI

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER: **GIC880456** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the attached was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at San Diego, California, on 04/28/2008.

Clerk of the Court, by: L. Rockwell, Deputy

LAWRENCE J. KOUNS
600 WEST BROADWAY, STE. 2600
SAN DIEGO, CA 92101

MAURIZIO ZANETTI
6112 La Jolla Hermosa Avenue
La Jolla, CA 92037

Robert P. Ottilie
550 West "C" St, Ste. 1400
San Diego CA 92101

☐ Additional names and address attached.

Lawrence J. Kouns, State Bar No. 095417
Todd R. Kinnear, State Bar No. 208831
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Plaintiffs

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| COSMO BIOSCIENCE, INC., a Delaware corporation and COSMO BIOSCIENCE S.p.A., an Italian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MAURIZIO ZANETTI, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. GIC880456<br>Complaint Filed: February 20, 2007<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Jay M. Bloom<br>Dept. 70 |

I, Renee M. Evans, declare as follows:

I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am over the age of eighteen years, and am not a party to this action.

On April 29, 2008, I served the following:

**NOTICE OF RULING**

______ **MAIL:** I placed a copy in a separate envelope, with postage fully prepaid via U.S. Mail, for each address listed below for collection and mailing on the below indicated day following the ordinary business practices at Luce, Forward, Hamilton & Scripps LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

__XX__ **FEDERAL EXPRESS DELIVERY:** I caused to be delivered such envelope by Federal Express to the office of each addressee listed below.

______ **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and caused such envelope(s) to be delivered via ______________.

______ **HAND DELIVERY:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and delivered it to Cal Express for personal service.

______ **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission.

______ **ELECTRONIC SERVICE:** On April 29, 2008, I served the above-described documents by electronically mailing them to each of the electronic addresses listed below. No error in transmission was reported.

by serving:

Maurizio Zanetti
6112 La Jolla Hermosa Avenue
La Jolla, CA 92037
Tel: (858) 459-5509
E-Mail: mzanetti@san.rr.com

In Pro Persona

Robert P. Ottilie
550 West "C" St., Suite 1400
San Diego, CA 92101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, California on April 29, 2008.

Renee M. Evans

3813816.1