Lawrence J. Kouns, State Bar No. 095417
Mitchell P. Brook, State Bar No. 172105
Todd R. Kinnear, State Bar No. 208831
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Plaintiff Mara Gerloni

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA GERLONI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Defendants. | Case No. 07 CV 2366 JLS CAB<br><br>**PROOF OF SERVICE**<br><br>Fed.R.Civ.Pro. 12(f)<br><br>Judge: Honorable Janis L. Samartino<br>Courtroom: 6<br><br>Magistrate Judge:<br>Hon. Cathy A. Bencivengo |

I declare as follows:

I am an attorney with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am a member of the bar of this court, over the age of eighteen years and not a party to this action.

On April 30, 2008, I caused the following to be served:

1. **PLAINTIFF MARA GERLONI'S OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO STAY THE CASE UNTIL THEIR MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL IS DECIDED**

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Todd R Kinnear**
  tkinnear@luce.com,revans@luce.com
- **Lawrence J Kouns**
  lkouns@luce.com,revans@luce.com
- **Robert P Ottilie**
  ro@ottilielaw.com,vivian@ottilielaw.com

I declare that I am employed in the office of at whose direction the service was made.

Executed at San Diego, California on April 30, 2008.

s/Lawrence J. Kouns
Attorneys for Plaintiff

3759589.1