Gerloni v. Zanetti, et al.
US District Court Case No. 07 CV 2366 JLX(CAB)

I, Vivian Krotzer, declare:

I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to this action; I am employed in the County of San Diego, CA, in which county the within-mentioned mailing occurred My business address is 550 West "C" Street, Suite 1400, San Diego, California 92101. On April 30, 2008 I served the foregoing document(s) described as:

**EX PARTE APPLICATION TO FILE RECORDS UNDER SEAL; DECLARATION; ORDER THEREON**

by way of the Court's Notice of Electronic Filing on all attorneys who have provided their e-mail addresses to the court:

Todd R. Kinnear
**tkinnear@luce.com**

Lawrence J. Kouns
**lkouns@luce.cdom**

There are no other parties or counsel who need to be served by mail.

I declare under penalty of perjury the laws of the State of California that the foregoing is true and correct.

Executed on April 30, 2008 at San Diego, California.

Vivian Krotzer