Lawrence J. Kouns, State Bar No. 095417
Mitchell P. Brook, State Bar No. 172105
Todd R. Kinnear, State Bar No. 208831
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311

Attorneys for Plaintiff Mara Gerloni

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA GERLONI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Defendants. | Case No. 07 CV 2366 JLS CAB<br><br>**PLAINTIFF MARA GERLONI'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO SEAL DOCUMENTS** |

Defendants Maurizio Zanetti and Nevagen, LLC ("Defendants") filed an *ex parte* application requesting permission to file records under seal that pertain to their motion to disqualify. Although the San Diego Superior Court has recently denied Defendants' nearly identical motion to disqualify Luce Forward there, Plaintiff Mara Gerloni does not oppose Defendants instant *ex parte* application.

DATED: May 6, 2008 LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: s/Lawrence J. Kouns
Lawrence J. Kouns
Mitchell P. Brook
Todd R. Kinnear
Attorneys for Plaintiff Mara Gerloni

101092102.1