UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA GERLONI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Defendant. | **CASE NO. 07 CV 2366 JLX(CAB)**<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO FILE PAPERS UNDER SEAL** |
| MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>MARA GERLONI, an individual<br><br>Counterclaim Defendant.. | **JUDGE: HON. JANIS L. SAMARTINO**<br><br>**MAGISTRATE JUDGE: HON CATHY A. BENCIVENGO** |

Presently before the Court is Defendants' ex parte application to file records under seal and Plaintiff's statement of non-opposition. [Docs. Nos. 12, 13.] Good cause appearing, the Court **GRANTS** Defendants' ex parte application to have all pleadings, declarations and exhibits in Defendants' motion to disqualify Luce Forward filed under seal.

DATED: May 9, 2008

Janis L. Sammartino

Hon. Janis L. Samartino
United States District Court