Robert P. Ottilie (SBN 95845)
LAW OFFICES OF ROBERT P. OTTILIE
550 West C Street
Suite 1400
San Diego, CA 92101
Telephone: 619-231-4841
Facsimile: 619-231-3293
e-mail: ro@ottilielaw.com

Attorneys for Defendants and Counterclaimants,
MAURIZIO ZANETTI and NEVAGEN, LLC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA GERLONI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Defendant. | **CASE NO. 07 CV 2366 JLS(CAB)**<br><br>**DEFENDANT'S MAURIZIO ZANETTI AND NEVAGEN, LLC's NOTICE MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM** |
| MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>MARA GERLONI, an individual<br><br>Counterclaim Defendant.. | **Hearing Date: June 19, 2008**<br>**Time: 1:30 pm**<br><br>**JUDGE: HON. JANIS L. SAMARTINO**<br><br>**MAGISTRATE JUDGE: HON CATHY A. BENCIVENGO** |

/ / /

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on June 19, 2008, at 1:30 p.m. or as soon thereafter as the matter may be heard in the above-entitled Court, Defendants and counterclaimants Maurizio Zanetti and Nevagen, LLC ("Defendants") will and hereby do move for an order granting leave to file its First Amended Counterclaims, a copy of which is lodged herewith.

The grounds for the Motion are that the original counter claim inadvertently requested as part of there relief compensatory and punitive damages an a accounting for damages. The proposed amended counter claim deletes references to these forms of damages.

Wherefore Maurizio Zanetti and Nevagen, LLC hereby request the court grant leave to file the concurrent lodged First Amended Counterclaim which deletes and removes reference to damages.

This motion based upon the notice, company memorandum of points and authorities, all pleadings and papers on file in this action and upon such other matters as may be presented to the court at the time of the hearing.

Dated: May 9, 2008

Respectfully submitted,

LAW OFFICES OF ROBERT P. OTTILIE

By: /s/Robert P.Ottilie

Robert P. Ottilie
Attorney for Defendants and Counterclaimants,
MAURIZIO ZANETTI and NEVAGEN, LLC