# PROOF OF SERVICE

I, Vivian Krotzer, declare that I am over the age of eighteen (18) years and not party to the case. I am employed in the County of San Diego, where the mailing occurs; and my business address is the Law Offices of Robert P. Ottilie, 550 West C Street, Suite 1400, San Diego, California 92101.

On May 9 , 2008, the following documents described as:

ZANETTI AND NEVAGAEN'S NOTICE ANDMOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIMS; MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COUNTERCLAIM; PROPOSED ORDER

Served by way of the Court's Notice of Electronic Filing on all attorneys who have provided their e-mail addresses to the court:

Todd R. Kinnear
tkinnear@luce.com

Lawrence J. Kouns
lkouns@luce.cdom

There are no other parties or counsel who need to be served by mail.

I declare on penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on MAY 9, 2008, in the City of San Diego, State of California.

Vivian Krotzer