Robert P. Ottilie (SBN 95845)
LAW OFFICES OF ROBERT P. OTTILIE
550 West C Street
Suite 1400
San Diego, CA 92101
Telephone: 619-231-4841
Facsimile: 619-231-3293
e-mail: ro@ottilielaw.com

Attorneys for Defendants and Counterclaimants,
MAURIZIO ZANETTI and NEVAGEN, LLC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA GERLONI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Defendant. | **CASE NO. 07 CV 2366 JLS(CAB)**<br><br>**DEFENDANT'S MAURIZIO ZANETTI AND NEVAGEN, LLC's REPLY TO MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM** |
| MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>MARA GERLONI, an individual<br><br>Counterclaim Defendant.. | **Hearing Date: June 19, 2008**<br>**Time: 1:30 pm**<br><br>**JUDGE: HON. JANIS L. SAMARTINO**<br><br>**MAGISTRATE JUDGE: HON CATHY A. BENCIVENGO** |

/ / /

# REPLY

Defendants Maurizio Zanetti and Nevagen, LLC (hereinafter "Zanetti") herein provide a reply, although Plaintiff failed to provide an opposition, to Zanetti's Motion for Leave to File First Amended Counterclaim. For the reasons herein provided, Zanetti's motion should be granted.

The hearing on this motion has been noticed for June 19, 2008. Under Civ LR 7.1(e)(2), a party opposing a motion "shall file that opposition or statement of non-opposition with the clerk and serve the movant or the movant's attorney not later than 14 calendar days prior to the noticed hearing." As such, Plaintiff's opposition was due to be filed and served no later than June 5, 2008. As the Court records reflect, Plaintiff failed to file any opposition. Furthermore, Zanetti was not served an opposition. [Ottilie Dec., ¶ 3].

Civ LR 7.1(f)(3)(c), entitled "Waiver," states "If an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1(e)(2), that failure may constitute consent to the granting of a motion or other request for ruling by the court."

Therefore, because Plaintiff failed to file an opposition to Zanetti's Motion, it may be deemed consent to the motion. Zanetti respectfully requests the Court take notice of the consent and grant Zanetti's Motion for Leave to File First Amended Counterclaim.

Dated: June 12, 2008

Respectfully submitted,

LAW OFFICES OF ROBERT P. OTTILIE

By: ______________________________

Robert P. Ottilie
Attorney for Defendants and Counterclaimants