Robert P. Ottilie (SBN 95845)
LAW OFFICES OF ROBERT P. OTTILIE
550 West C Street
Suite 1400
San Diego, CA 92101
Telephone: 619-231-4841
Facsimile: 619-231-3293
e-mail: ro@ottilielaw.com

Attorneys for Defendants and Counterclaimants,
MAURIZIO ZANETTI and NEVAGEN, LLC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA GERLONI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Defendant. | **CASE NO. 07 CV 2366 JLS(CAB)**<br><br>**DECLARATION OF ROBERT OTTILIE IN SUPPORT OF DEFENDANT'S MAURIZIO ZANETTI AND NEVAGEN, LLC's REPLY TO MOTION FOR LEAVE TO FILE FIRST AMENDED COUNTERCLAIM** |
| MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>MARA GERLONI, an individual<br><br>Counterclaim Defendant.. | **Hearing Date: June 19, 2008**<br>**Time: 1:30 pm**<br><br>**JUDGE: HON. JANIS L. SAMARTINO**<br><br>**MAGISTRATE JUDGE: HON CATHY A. BENCIVENGO** |

/ / /

I, Robert P. Ottilie, declare:

1. I am an attorney duly licensed to practice before all the courts of California and I am an active member of the State Bar of California, in good standing.

2. I am the attorney for Defendants Maurizio Zanetti and Nevagen, LLC (hereinafter "Zanetti"). As such, I have first hand knowledge of the facts stated herein and if called to testify thereto, I could and would competently do so. As to any matters stated herein on the basis of information and belief, I believe them to be true.

3. An opposition to Zanetti's Motion for Leave to File First Amended Complaint was due 14 days before the noticed hearing, June 5, 2008. As the attorney for Zanetti, I was not served any opposition.

I declare on penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. This Declaration is executed this 12th day of June, 2008 at San Diego, California.

By: ______________________

Robert P. Ottilie
Attorney for Defendants and Counterclaimants,
MAURIZIO ZANETTI and NEVAGEN, LLC