Robert P. Ottilie (SBN 95845)
LAW OFFICES OF ROBERT P. OTTILIE
550 West C Street
Suite 1350
San Diego, CA 92101
Telephone: 619-231-4841
Facsimile: 619-231-3293
e-mail: ro@ottilielaw.com

Attorneys for Defendants and Counterclaimants,
MAURIZIO ZANETTI and NEVAGEN, LLC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA GERLONI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Defendant. | **CASE NO. 07 CV 2366 JLS(CAB)**<br><br>**ZANETTI AND NEVAGEN'S NOTICE OF LODGMENT AND LODGMENT OF PROPOSED FIRST AMENDED COUNTERCLAIM** |
| MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>MARA GERLONI, an individual<br><br>Counterclaim Defendant.. | **DATE: June 19, 2008**<br><br>**TIME: 1:30 pm**<br><br>**PLACE: Courtroom 6**<br><br>**JUDGE: HON. JANIS L. SAMARTINO**<br><br>**MAGISTRATE JUDGE: HON CATHY A. BENCIVENGO** |

///

///

///

**NOTICE IS HEREBY GIVEN** that Maurizio Zanetti and Nevagen, LLC (collectively "Counterclaimants") hereby lodge their proposed First Amended Counterclaim in connection with their Motion for Leave to file First Amended Counterclaim.

Dated: June 5, 2008

Respectfully submitted,

LAW OFFICES OF ROBERT P. OTTILIE

By: /S/

Robert P. Ottilie
Attorney for Defendants and Counterclaimants,
MAURIZIO ZANETTI and NEVAGEN, LLC