UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA GERLONI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Defendant.<br><br>MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>MARA GERLONI, an individual<br><br>Counterclaim Defendant. | **CASE NO. 07 CV 2366 JLS(CAB)**<br><br>**ORDER: GRANTING MAURIZIO ZANETTI AND NEVAGEN, LLC's MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIM** |

This matter came before the Court on Defendants and Counterclaimants, Maurizio Zanette and Nevagen, LLC's Motion for Leave to file First Amended Counterclaim. The motion having been fully briefed by Counterclaimant, unopposed by Counterclaim Defendant, having been duly considered,

**AND GOOD CAUSE APPEARING THEREFOR**,

Counterclaimant's motion for leave to file their first amended counterclaim is hereby GRANTED. The Clerk is hereby directed to file the First Amended Counterclaim lodged with the Court in connection with the motion for leave to amend. [Doc. No. 27.] The first amended counterclaim is deemed served, and the Counterclaim Defendant Gerloni has **20** days from the filing of this order to file and serve her response to the first amended counterclaim.

**IT IS SO ORDERED.**

Dated: June 18, 2008

Janis L. Sammartino

Honorable Judge Janis Samartino
United States District Judge