# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA GERLONI, an individual,<br><br>Plaintiff,<br>vs.<br><br>MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 07cv2366 JLS (CAB)<br><br>**ORDER: GRANTING DEFENDANTS' MOTION TO STAY THE CASE UNTIL THE COURT RULES ON DEFENDANTS' MOTION TO DISQUALIFY COUNSEL** |

Presently before the Court is Defendants' ex parte application to stay this case and Plaintiff's opposition. [Docs. Nos. 9, 10.] Defendants' disqualification motion is based on its contention that the law firm currently representing Plaintiff formerly represented Defendant Maurizio Zanetti and that the firm's continued representation of Plaintiff in this matter may result in the use of Defendant Zanetti's confidential information against him. If Defendants' contentions are found to have merit, permitting the case to proceed may result in irreparable injury to Defendant Zanetti. Accordingly, the

Court **STAYS** the case until it resolves the pending motion to disqualify.[1]

IT IS SO ORDERED.

DATED: July 7, 2008

Honorable Janis L. Sammartino
United States District Judge

[1] Gates v. Woodford (Rohan ex rel. Gates), 334 F.3d 803, 817 (9th Cir. 2003) ("District courts have inherent authority to stay proceedings before them[.]"); Augustine v. Family Serv. Soc'y, 1997 U.S. Dist. LEXIS 13535 (S.D.N.Y. Sept. 4, 1997) (staying discovery under similar circumstances).