ROBERT P. OTTILIE, ESQ. (SBN 95845)
550 West "C" St., Suite 1400
San Diego, CA 92101
Telephone: 619-231-4841
Facsimile: 619-231-3293

Attorneys for Defendants and Counterclaimants
MAURIZIO ZANETTI and NEVAGEN, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA GERLONI, an individual,<br><br>Plaintiff<br><br>vs.<br><br>MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada Corporation,<br><br>Defendants.<br>_______________________________<br><br>MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada Corporation<br><br>Counterclaimants,<br><br>vs.<br><br>MARA GERLONI, an individual,<br><br>Counter Defendant.<br>_______________________________ | CASE NO. 07-CV 2366 JLX (CAB)<br><br>**NOTICE OF DISMISSAL RE: STATE COURT ACTION CITED BY LUCE FORWARD FOR RES JUDICATA**<br><br>Judge: Hon. Janis L. Samartino<br><br>Magistrate Judge: Hon. Cathy A. Bencivengo |

In opposing the motion to disqualify Luce Forward in this action, Luce Forward has cited a ruling in the San Diego Superior Court (GIC 880456) as res judicata on the issue of the attorney client relationship between Dr. Zanetti and the Luce Forward law firm. With an indication that the Fourth District Court of Appeal was close to issuing its ruling on Dr. Zanetti's writ

challenging that ruling, Luce Forward filed a dismissal by all plaintiffs as to all causes of action in the state court action. Luce Forward has now filed a "Suggestion of Mootness" with the Fourth District Court of Appeal. That "suggestion" will be opposed.

Date: 7-21-08

ROBERT P. OTTILIE, Esq.
Attorneys for Defendants MAURIZIO ZANETTI and NEVAGEN, LLC