Gerloni v. Zanetti, et al.
US District Court Case No. 07 CV 2366 JLX(CAB)

I, Chrisy Schultz, declare:

I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to this action; I am employed in the County of San Diego, CA, in which county the within-mentioned mailing occurred. My business address is 550 West "C" Street, Suite 1400, San Diego, California 92101. On July 21, 2008 I served the foregoing document(s) described as:

**EX PARTE APPLICATION TO FILE RECORDS UNDER SEAL; DECLARATION; ORDER THEREON**

by way of the Court's Notice of Electronic Filing on all attorneys who have provided their e-mail addresses to the court:

Todd R. Kinnear
**tkinnear@luce.com**

Lawrence J. Kouns
**lkouns@luce.cdom**

There are no other parties or counsel who need to be served by mail.

I declare under penalty of perjury the laws of the State of California that the foregoing is true and correct.

Executed on July 21, 2008 at San Diego, California.

Chrisy Schultz

CSchultz