Robert P. Ottilie (SBN 95845)
LAW OFFICES OF ROBERT P. OTTILIE
550 West C Street
Suite 1350
San Diego, CA 92101
Telephone: 619-231-4841
Facsimile: 619-231-3293
e-mail: ro@ottilielaw.com

Attorneys for Defendants and Counterclaimants,
MAURIZIO ZANETTI and NEVAGEN, LLC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA GERLONI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Defendant.<br>_______________<br>MAURIZIO ZANETTI, an individual; and NEVAGEN, LLC, a Nevada corporation,<br><br>Counterclaimants,<br><br>vs.<br><br>MARA GERLONI, an individual<br><br>Counterclaim Defendant.. | **CASE NO. 07 CV 2366 JLS(CAB)**<br><br>**NOTICE OF ACTION IN RELATED CASE**<br><br>**JUDGE:**<br>**HON. JANIS L. SAMARTINO**<br><br>**MAGISTRATE JUDGE:**<br>**HON CATHY A. BENCIVENGO** |

In the Motion to Disqualify Luce Forward which is currently under submission to this court, the Luce Forward firm had cited a ruling by Judge Bloom in a state court action as Res Judicata on issues relating to representation of Dr. Zanetti by the Luce Forward firm. As this court has been previously advised, the Plaintiffs in that case have dismissed the action in its entirety.

Judge Bloom has now signed the dismissal. As a result of the dismissal, the Fourth District Court of Appeals dismissed (for mootness) the Petition of Writ of Mandate which was taken from the ruling at issue. That ruling has been vacated along with the dismissal of the case.

In that case, Dr. Zanetti is pursuing a judgment on the dismissal and costs.

Respectfully submitted,

LAW OFFICES OF ROBERT P. OTTILIE

By: ______________________

Robert P. Ottilie
Attorney for Defendants and Counterclaimants,
MAURIZIO ZANETTI and NEVAGEN, LLC