AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Mara Gerloni

V.

Maurizio Zanetti;
Nevagen, LLC

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   07cv2366-MMA(CAB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion for Summary Judgment is granted. All claims are disposed of in this case. Judgment entered in favor of Defendants and against Plaintiff.

| February 11, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ L. Hammer |
| | (By) Deputy Clerk |
| | ENTERED ON February 11, 2010 |